THOMAS M. HOIDAL, State Bar No. 007194
Law Office of Thomas M. Hoidal, P.L.C.
7227 North 16th Street, Suite 222
Phoenix, Arizona 85020-5257
thoidal@hoidallawoffice.com
Telephone: (602) 254-0202
Facsimile: (602) 254-0404

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAUL SCHENK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORP., <br><br> Defendant. | Civil Action No. 3:12-cv-08223-HRH <br><br> **JOINT NOTICE OF FILING OF RELEVANT MDL RECORD PURSUANT TO COURT ORDER** |

The parties, through undersigned counsel, hereby give joint notice of filing of the relevant MDL record pursuant to this Court's Order date October 10, 2013, ECF No. 26.

Respectfully submitted, this 2nd day of December, 2013, by:

                                Law Office of Thomas M. Hoidal, P.L.C.


                                s/ Thomas M. Hoidal
                                THOMAS M. HOIDAL
                                Attorney for Defendant Novartis
                                Pharmaceuticals Corporation

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Katharine R. Latimer
Bruce J. Berger
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
klatimer@hollingsworthllp.com
bberger@hollingsworthllp.com

Thomas M. Hoidal
Law Office of Thomas M. Hoidal PLC
7227 N. 16th St., Ste. 222
Phoenix, AZ 85020
Telephone: 602-254-0202
Facsimile: 602-254-0404
thoidal@hoidallawoffice.com

*Counsel for Defendant Novartis Pharmaceuticals Corporation*

John Julian Vecchione
Valad & Vecchione PLLC
3863 Plaza Dr.
Fairfax, VA 22030
Telephone: 703-352-4800
Facsimile: 703-352-4820
jvecchione@valadlaw.com

*Attorneys for Plaintiffs*
*Paul Schenk and Gail Schenk*


By:     *s/ Thomas M. Hoidal*
        Thomas M. Hoidal
        Law Office of Thomas M. Hoidal, P.L.C.
        7227 N. 16th St., Ste. 222
        Phoenix, AZ 85020
        Telephone: 602-254-0202
        Facsimile: 602-254-0404
        thoidal@hoidallawoffice.com

        *Counsel for Defendant Novartis*
        *Pharmaceuticals Corporation*

3