# **ATTACHMENT**

# **DECLARATION OF BRUCE J. BERGER**

<u>Paul Schenk</u>, *et al.*, v. Novartis Pharmaceuticals Corporation
No. CV-12-08223-PCT-NVW

BRUCE J. BERGER, DC Bar No. 338855 (*admitted pro hac vice*)
HOLLINGSWORTH, LLP
1350 I Street, N.W.
Washington, D.C. 20005
bberger@hollingsworthllp.com
Telephone: (202) 898-5800
Facsimile:  (202) 682-1639

Attorney for Defendant Novartis Pharmaceuticals Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Paul Schenk, *et al*., | Case No. **CV-12-08223-PCT-NVW** |
|---|---|
| Plaintiffs, | **DECLARATION OF BRUCE J. BERGER IN SUPPORT OF NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO STRIKE EXPERT REPORT OF ROBERT MARX, D.D.S.** |
| v. | |
| Novartis Pharmaceuticals Corporation, | |
| Defendant. | |

Declaration of Bruce J. Berger:

1. I am an attorney of record representing Novartis Pharmaceuticals Corporation ("NPC") in this case, and have been involved on behalf of NPC since 2010 in the defense of cases in the consolidated Aredia®/Zometa® litigation. More than 800 cases have been filed in this litigation (including federal and state courts), but more than 270 have been dismissed on motions to dismiss, summary judgment motions, Court orders, and voluntarily by plaintiffs.

2. I have personally examined CDs that contain CT scan images and x-rays of Mr. Schenk, dating from 2005 through 2010. There are numerous CT scans of Mr. Schenk's sinuses. One CT scan typically contains hundreds of images. I have asked my legal assistant to determine the total number of images on the CDs scans that plaintiffs recently requested from NPC and forwarded to Dr. Marx. There are more than 9,000 images, including CT scan images and traditional x-rays.

3. I am familiar with the entirety of Dr. Marx's testimony in the Aredia®/Zometa® litigation. He has mentioned osteogenesis imperfecta in only one deposition, taken May 25, 2007, before the instant complaint was filed and only in the context of noting that OI is a disease that can cause bad teeth and that bisphosphonates have been used to treat OI. Mr. Schenk's case is the only case

-1-

of the more than 800 cases filed in which a patient was prescribed NPC's drugs Aredia® and/or Zometa® for OI.

4. The following attachments are true and correct copies of what they purport to be:

    a. Exh. 1 – Plaintiffs' Disclosure of Non-Retained Experts.

    b. Exh. 2 – Initial report of Dr. Robert Marx, received by NPC's counsel on January 31, 2014.

    c. Exh. 3 – Cover letter from Mr. John Vecchione dated February 5, 2014, attaching Report of Dr. Michael Mansfield and revised Report of Dr. Robert Marx.

    d. Exh. 4 – Questions and Answers About Bisphosphonate, Osteogenesis Imperfecta Foundation.

    e. Exh. 5 – Relevant Pages of Deposition of Dr. Nanda Biswas, July 26, 2012.

    f. Exh. 6 – Relevant Page of Deposition of Paul Schenk, Aug. 21, 2012.

    g. Exh. 7 – Relevant Pages of Deposition of Dr. Robert Marx, May 15, 2007.

    h. Exh. 8 – Expert Report of Dr. Marx in *Avila v. Novartis Pharm. Corp.* (Aug. 8, 2011), pp. 4-6.

    i. Exh. 9 – Declaration of Robert E. Marx, D.D.S., in *Hogan v. Novartis Pharm. Corp.* (June 24, 2009), pp. 3-5.

    j. Exh. 10 – Relevant Pages of Deposition of Dr. Craig Brady, Jan. 17, 2014.

    k. Exh. 11 – Relevant Page of Deposition of Ronald Kolkmeyer, Jan. 17, 2014.

    l. Exh 12 – Relevant Pages of Deposition of Dr. Robert Marx, May 26, 2009.

    m. Exh. 13 – Relevant Pages of Deposition of Dr. Robert Marx, Oct. 20, 2011.

      n. Exh. 14 – Relevant Pages of Deposition of Dr. Robert Marx, Apr. 25, 2012.

I declare under penalty of perjury pursuant to 28 U.S.C. 1748 that the following is true and correct.

RESPECTFULLY SUBMITTED this 13th day of February, 2014.

                              HOLLINGSWORTH, LLP

                              s/ Bruce J. Berger
                              BRUCE J. BERGER
                              DC Bar No. 338855
                              (*admitted pro hac vice*)
                              bberger@hollingsworthllp.com
                              HOLLINGSWORTH, LLP
                              1350 I Street, N.W.
                              Washington, D.C. 20005
                              Telephone:   (202) 898-5800
                              Facsimile:   (202) 682-1639