# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| PAUL SCHENK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. CV-12-08223-PCT-NVW<br><br>**PLAINTIFFS'S RULE 26(a)(2)(A) DISCLOSURES** |

Pursuant to the Court's Scheduling and Planning Order dated December 9, 2013 (Docket No. 32), Plaintiffs Paul Schenk and Gail Schenk hereby identify their non-retained expert witnesses in this case who may be called at the trial in this matter. Plaintiffs reserve the right to amend or supplement this list as circumstances may require. Plaintiffs do not waive any right to make objections based on this list. Plaintiffs do not waive any right to designate deposition testimony based on this list.

1.  Karel A. De Leeuw, D.D.S., M.D.

Dr. De Leeuw is an oral/maxillofacial surgeon and otorhinolaryngologist. He will testify to Mr. Schenk's dental, ear, nose and throat condition and treatment. Dr. De Leeuw has expertise in dentistry, oral/maxillofacial surgery, and otorhinolaryngology that may be used to support a finding of BRONJ and in ruling out other causes for Mr. Schenk's jaw problems. He will further testify consistent with his treatment notes on Mr. Schenk. He may use his expertise in doing so.

2.  Craig Brady, D.O.

Dr. Brady is Mr. Schenk's primary care physician. He will testify to Mr. Schenk's general medical condition and treatment history. Dr. Brady has general medical knowledge and expertise that may be used to support a finding of BRONJ and in ruling out other causes for Mr. Schenk's jaw problems. He will further testify consistent with his treatment notes on Mr. Schenk. He may use his expertise in doing so.

3.  Stephen F. Bansberg, M.D. (ENT)

Dr. Bansberg is an otorhinolaryngologist. He will testify to Mr. Schenk's ear, nose and throat condition and treatment. Dr. Bansberg has expertise in otorhinolaryngology that may be used to support a finding of BRONJ and in ruling out other causes for Mr. Schenk's jaw problems. He will further testify consistent with his treatment notes on Mr. Schenk. He may use his expertise in doing so.

4.  Michael D. Whitaker, M.D.

Dr. Whitaker is an endocrinologist. He will testify to Mr. Schenk's endocrine condition and treatment. Dr. Whitaker has expertise in endocrinology that may be used to support a finding of BRONJ and in ruling out other causes for Mr. Schenk's jaw problems. He will further testify consistent with his treatment notes on Mr. Schenk. He may use his expertise in doing so.

5.  Nanda Biswas, M.D.

Dr. Biswas is an oncologist/hematologist practicing internal medicine. She will testify to Mr. Schenk's condition and treatment from an internal medicine perspective. Dr. Biswas has expertise in internal medicine that may be used to support a finding of BRONJ and in ruling out other causes for Mr. Schenk's jaw problems. She will further testify consistent with her treatment notes on Mr. Schenk. She may use her expertise in doing so.

6.  Terrance J. Cavanaugh, MD

Dr. Cavanaugh is a radiologist. He will testify to Mr. Schenk's condition and treatment from a radiology perspective. Dr. Cavanaugh has expertise in radiology that may be used to support a finding of BRONJ and in ruling out other causes for Mr. Schenk's jaw problems. He will further testify consistent with his treatment notes on Mr. Schenk. He may use his expertise in doing so.

Pursuant to the rulings of the MDL from which this case was remanded, in *In re: Aredia® and Zometa® Products Liability Litigation*, Docket No. 3:06-MD-1760, pending in the United States District Court for the Middle District of Tennessee, Nashville Division, a treating physician can testify to a plaintiff's "symptoms, tests, diagnosis and treatment, as to what they did in response to [their] condition and as to what they would have done differently, if anything, had they known of any additional warnings." *See Deutsch v. Novartis Pharms. Corp.*, 2009 WL 2496886 at *3 (M.D. Tenn. Aug. 13, 2009); *accord Forman v. Novartis Pharms. Corp.*, 2009 WL 2496859 at *3 (M.D. Tenn. Aug. 13, 2009); *Fussman v. Novartis Pharms. Corp.*, 2009 WL 2496833 at *3 (M.D. Tenn. Aug. 13, 2009); *White v. Novartis Pharms. Corp.*, 2009 WL 2497597 at *3 (M.D. Tenn. Aug. 13, 2009); *See also In re: Aredia and Zometa Prods. Liab. Litig.*, 2011 WL 2182824 (M.D. Tenn. Jun. 3, 2011) (opinion summarizing the history of MDL-1760). Plaintiffs anticipate their non-retained experts to so testify.

Dated: January 31, 2014

Respectfully Submitted,

/s/ John J. Vecchione
John J. Vecchione, Esq.
(jvecchione@valadlaw.com)
John J. Vecchione Law, PLLC
3863 Plaza Drive
Fairfax, Virginia 22030
Telephone: (703) 352-4800

Facsimile: (703) 352-4820

Martin H. Mathers, Esq.
(mathers@gmazlaw.com)
Martin H Mathers PC
3101 N Central Ave., Ste. 970
Phoenix, AZ 85012
Telephone: (602) 258-0646
Facsimile: (602) 258-8287

*Attorneys for Plaintiffs*
*Paul and Gail Schenk*

4

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 31st day of January, 2014, served a true and correct copy of the foregoing, Plaintiffs's Rule 26(a)(2)(A) Disclosures, by operation of electronic mail, hard copy to follow, on the following:

Katharine R. Latimer, Esq.
(klatimer@hollingsworthllp.com)
Bruce J. Berger, Esq.
(bberger@hollingsworthllp.com)
Patrick R. Harkins, Esq.
(pharkins@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Thomas M Hoidal, Esq.
(thoidal@hoidallawoffice.com)
Law Office of Thomas M Hoidal PLC
7227 N 16th St., Ste. 222
Phoenix, AZ 85020
Telephone: (602) 254-0202
Facsimile: (602) 254-0404

/s/ John J. Vecchione
John J. Vecchione, Esq.
(jvecchione@valadlaw.com)
John J. Vecchione Law, PLLC
3863 Plaza Drive
Fairfax, Virginia 22030
Telephone: (703) 352-4800
Facsimile: (703) 352-4820