# Exhibit 11

```
 1        IN THE UNITED STATES DISTRICT COURT FOR
 2              THE DISTRICT OF ARIZONA
 3     PAUL SCHENK, et al.,      )
                                 )
 4          Plaintiffs,          )
                                 )
 5     vs.                       )Case No.:
                                 )3:12-CV08223-HRH
 6     NOVARTIS PHARMACEUTICALS  )
       CORPORATION,              )
 7                               )
            Defendant.           )
 8     _____)
 9
10            DEPOSITION OF RONALD KOLKMEYER
11                  Show Low, Arizona
               January 17, 2014 - 8:09 a.m.
12
13
14
15
16     Reported by:  Lisa A. Blanks, RPR, CRR
       Certified Reporter No. 50803
17
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | **A P P E A R A N C E S:** |
| 2 | **For the Plaintiff:** |
| 3 | **MARTIN H. MATHERS, Esq.** |
| | **3101 N. Central Avenue** |
| 4 | **Suite 970** |
| | **Phoenix, Arizona  85012** |
| 5 | **602-258-0646** |
| | **mathers@gmazlaw.com** |
| 6 | |
| 7 | **For the Defendant:** |
| 8 | **HOLLINGSWORTH LLP** |
| | **BY:  BRUCE J. BERGER, ESQ.** |
| 9 | **BY:  HILARY L.LEWIS, ESQ.** |
| | **1350 I Street, N.W.** |
| 10 | **Washington, DC  20005** |
| | **202-898-5800** |
| 11 | **hlewis@hollingsworthllp.com** |
| | **bberger@hollingsworthllp.com** |
| 12 | |
| 13 | **ALSO PRESENT:** |
| 14 | **Paul Schenk** |
| 15 | *  *  *  * |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | |
|---|---|
| 1 | **I N D E X** |
| 2 | **WITNESS:**              **PAGE** |
| 3 | **RONALD KOLKMEYER** |
| 4 |    Examination by Ms. Lewis         4 |
| 5 | |
| 6 |        **EXHIBITS MARKED** |
| 7 | **R. Kolkmeyer   Description**        **PAGE** |
| 8 | **Exhibit 1**    Notice of Deposition      12 |
| 9 | **Exhibit 2**    Medical record from Mayo Clinic, |
|   |          Mr. Schenk         45 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1    THE DEPOSITION OF RONALD KOLKMEYER was taken on

2    January 17, 2014, commencing at 8:09 a.m., at the

3    Holiday Inn Express, 151 Deuce of Clubs, Show Low,

4    Arizona, before Lisa A. Blanks, RPR, CRR,

5    CR, a Certified Reporter in the state of Arizona.

6

7           RONALD KOLKMEYER,

8    called as a witness herein, having been first duly sworn

9    by the Certified Reporter to speak the whole truth

10   and nothing but the truth, was examined and testified

11   as follows:

12

13           EXAMINATION

14

15     Q.  BY MS. LEWIS:  Good morning.

16     A.  Good morning.

17     Q.  For the record, my name is Hilary Lewis.  I

18   represent Novartis Pharmaceuticals Corporation in a

19   lawsuit that was brought by Paul and Gail Schenk.  Also

20   here with us today is Paul Schenk represented by his

21   attorney Martin Mathers.  My colleague Bruce Berger is

22   also in attendance with us here today.

23       I'd just like to take a moment to object to

24   the presence of Mr. Schenk for his potential influence

25   on the deponent's testimony.

1    A.  No, no, just a hospital.

2    Q.  Was the Christmas party fun?

3    A.  It was really nice.  I mean, they had a

4  layout, they had a lot of food there.

5    Q.  Did you see Mr. Schenk eat any of the food?

6    A.  I sat across from him.

7    Q.  Is the answer yes?

8    A.  Yes.

9    Q.  Do you recall what he ate?

10   A.  I'm sorry?

11   Q.  Do you recall what he ate?

12   A.  Not really, but I can tell you how slow he ate

13  and how he didn't move his mouth.  There was so much,

14  everybody had their plates.  I mean, they definitely had

15  a layout.

16   Q.  Mr. Schenk smokes, right?

17   A.  I don't know if you do or not -- I can't talk

18  to him, I'm sorry.  The last I knew, yeah.  I'm not sure

19  now.  Because he never smoked that much, to my

20  knowledge.  I mean, I'll have a lot but he doesn't.

21   Q.  But you have seen him smoke?

22   A.  Yes, I have.

23   Q.  Before today, have you heard the words Aredia

24  and Zometa?

25   A.  No, I haven't.

```
 1   STATE OF ARIZONA   )
                        )ss:
 2   COUNTY OF MARICOPA )
 3       BE IT KNOWN that the foregoing deposition was
 4   taken before me, Lisa A. Blanks, RPR, CRR, a Certified
 5   Reporter, Certificate #50803, for the State of Arizona,
 6   and by virtue thereof authorized to administer an oath;
 7   that the witness before testifying was duly sworn by me
 8   to testify to the whole truth; that the questions
 9   propounded by counsel and the answers of the witness
10   thereto were taken down by me in shorthand and
11   thereafter reduced to print by computer-aided
12   transcription under my direction; that the foregoing
13   transcript consisting of 51 pages is a full, true and
14   accurate transcript of all proceedings and testimony had
15   and adduced upon the taking of said deposition, all to
16   the best of my skill and ability.
17       I FURTHER CERTIFY that I am in no way related
18   to nor employed by any of the parties hereto, nor am I
19   in any way interested in the outcome hereof.
20       DATED at Phoenix, Arizona, this 27th day of
21   January, 2014.
22
23            _____
              LISA A. BLANKS
24            Certified Reporter #50803
25
```