**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul Schenk, *et al*., <br>       Plaintiffs, <br>   v. <br> Novartis Pharmaceuticals Corporation, <br>       Defendant. | Case No. **CV-12-08223-PCT-NVW** <br> **PROPOSED ORDER** |

Pending before the Court is Defendant Novartis Pharmaceuticals Corporation's ("NPC") Motion to Strike Expert Report of Robert Marx, D.D.S., [Doc. __], which was filed in accordance with this Court's Order dated February 11, 2014 [Doc. 38]. The Court now rules on the Motion.

Based on the argument stated in NPC's Motion to Strike Expert Report of Robert Marx, D.D.S., [__], with attached Declaration of Bruce J. Berger In Support of NPC's Motion to Strike Expert Report of Robert Marx, D.D.S., [Doc.__], including Exhibits 1-14 [Doc. Nos. ___ to ___],

IT IS HEREBY ORDERED granting Novartis Pharmaceutical Corporation's Motion to Strike Expert Report of Robert Marx, D.D.S., [__].

IT IS FURTHER ORDERED striking Dr. Marx's expert report from these proceedings.

-1-