# EXHIBIT 15

MAR 27 2003 4:16PM    HP LASERJET 3200                                        P.1

Doctor
MAIADORNO

PLAINTIFF'S
EXHIBIT

0812

MAR-27-2003  16:24                                        95%            P.01

ZA-0599911

Oral and Maxillofacial Pathology: A Rationale for Diagnosis and Treatment

Author(s)/Editor(s): Marx, Robert E., and Stern, Diane

Price $ 399.00

Stock #: B3903

Written for the oral and maxillofacial surgeon and other dental and medical specialists who deal with pathologies in the oral cavity, midface, and neck, this clinically oriented book addresses the underlying mechanism of each disease and how that dictates its clinical and radiographic presentation; the process of determining a differential diagnosis for each disease or condition; specific treatment recommendations that the authors use or have researched as the most beneficial; and the prognosis after treatment.

A specific aim of this book is to challenge many long-held concepts that are no longer valid, but that nevertheless have been passed down to succeeding generations of dental and medical school students. Another aim is to eliminate illogical and confusing terminology that only reinforces misconceptions about the underlying cause of specific diseases. Above all, the authors seek to increase the knowledge and understanding of oral and maxillofacial surgeons and others entrusted with the care of these patients.

ISBN: 0-86715-390-3
900 pp; 2,020 illus (1,700 color)

Contents
Chapter 1 Biopsy Principles and Techniques
Chapter 2 Inflammatory and Infectious Diseases
Chapter 3 Immune-Based Diseases
Chapter 4 Conditions of Developmental Disturbances
Chapter 5 Hyperplasias, Hamartomas, and Neoplasms: Their Biology and Its impact on Treatment Decisions
Chapter 6 Benign Epithelial Tumors of Mucosa and Skin
Chapter 7 Premalignant and Malignant Epithelial Tumors of Mucosa and Skin
Chapter 8 Management of Irradiated Patients and Osteoradionecrosis
Chapter 9 Benign Soft Tissue Tumors of Mesenchymal Origin
Chapter 10 Malignant Soft Tissue Tumors of Mesenchymal Origin
Chapter 11 Nonneoplastic Salivary Gland Diseases
Chapter 12 Salivary Gland Neoplasms
Chapter 13 Odontogenic and Nonodontogenic Cysts
Chapter 14 Odontogenic Tumors: Hamartomas and Neoplasms
Chapter 15 Pigmented Lesions of Mucosa and Skin
Chapter 16 Fibro-Osseous Diseases and Systemic Diseases Affecting the Bone
Chapter 17 Benign Neoplasms of Bone
Chapter 18 Malignant Neoplasms of Bone
Chapter 19 Neoplasms of the Immune System: Lymphomas, Leukemias, and Langerhans Cell Histiocytosis
Chapter 20 Where Have All the Great Terms Gone?
Glossary of Terms
Who's Who
Index

Preface
This book is intended to be a clinically oriented and forward-looking guide for oral and maxillofacial surgeons and other advanced dental and medical specialists who deal with pathologies in the oral cavity, midface, and neck. It focuses on the mechanism of each disease and how that dictates its clinical and radiographic presentation as well as the serious considerations on a sample differential diagnosis. It then progresses to specific treatment recommendations that the authors use or have researched as the most beneficial. Treatments avoid such vague phrases as "a wide local excision" and instead provide specific margins and anatomically based techniques. Generic medication protocols also are avoided for those conditions not treated with surgery; instead, specific drugs, doses, routes of administration, length of treatment and alternative treatments are described in the context of how each works to affect the natural course of the disease. Discussion of each disease or condition concludes with the prognosis after treatment.

This book challenges some of the established concepts and dogmas currently prevailing in oral and maxillofacial pathology and surgery. It also is likely to challenge the reader's acceptance of dental and medical school teaching, which too often consists of a rushed and superficial presentation of these pathologies. It is the authors' hope that the evidence and rationales presented in this text are convincing of this change and of this approach to learning. This book is also specifically intended to simplify and streamline terminology. The reader will note numerous terminology changes from the past—changes that use only one name to describe and identify the specific underlying cause of each condition. This is reinforced in the last chapter of the book, "Where Have All the Great Terms Gone?," a concise review and explanation of why the old name for some diseases is inappropriate today.

The reader may use this text as a cover lesson in clinical and histopathologic oral and maxillofacial pathology; as a reference text on a chapter-by-chapter basis to review the specifics of each disease category; or as a case reference to refresh their knowledge about a specific disease or the specific presentation of a new patient. In any case, it is the fond hope of both authors that clinicians will increase their knowledge and ability to care for their patients, who in turn will receive more accurate diagnoses and better treatment.

Robert E. Marx, DDS
Chief and Professor of Surgery
Division of Oral and Maxillofacial Surgery
University of Miami
Miami, Florida

Diane Stern, DDS
Private Practice in Oral Pathology

ZA-0599912



Fig 2-23a When myositis ossificans progressiva affects the muscles of mastication, it often affects bilateral muscle groups and will produce a bony ankylosis.

Fig 2-23b Complete replacement of the temporalis muscle by heterotopic bone may be part of myositis ossificans progressiva.

Since myositis ossificans progressiva involves reactive bone–producing cells, radiotherapy may be required in recurrent and persistent cases. Dosages between 800 cGy and 2,000 cGy of external beam radiotherapy can be used and should immediately follow surgical extirpation of already formed bone. Such radiotherapy is reserved for those who have not responded to surgery alone. However, these individuals must be counseled concerning the potential carcinogenic effects of radiotherapy on reactive bone processes.

**PROGNOSIS** ▶ Individuals progress to a plateau of disability determined by their individual genetic expression. Longevity is reduced by immobility, which often affects the intercostal muscles and diaphragm and leads to respiratory failure. Rare instances of starvation deaths from complete jaw immobility have been reported.

# Drug-Induced Avascular Necrosis of Bone

**CLINICAL PRESENTATION AND PATHOGENESIS** ▶ Patients with drug-induced avascular necrosis of bone will present with exposed white- or yellow-colored bone, either in the maxilla or the mandible, that is obviously nonvital (Fig 2-24). It will be painless or only mildly painful. Larger areas of exposed bone may be secondarily infected, resulting in inflammation, pus, and a greater degree of pain. In edentulous individuals, the mylohyoid ridge and the crestal bone are the more commonly affected sites, apparently because of denture pressure. In dentate areas, any of the teeth may be involved in what will look like advanced periodontal disease. When such teeth are removed, the bone often fails to heal and remains exposed, as occurs in osteoradionecrosis, osteopetrosis, and in focal areas of severe florid cemento-osseous dysplasia. Attempts to cover the bone with local flaps often fail, eventuating in a further exposure of bone and loss of overlying soft tissue.

The majority of patients will be older than 40 years and will usually be undergoing maintenance therapy for controlled multiple myeloma. Because of improvements in chemotherapy, which allow longer survival (currently up to 10 years) for patients with multiple myeloma, drug-induced avascular necrosis of bone is essentially a new disease entity of the twenty-first century (previously, survivals had been limited to 2 to 3 years).

36

PX Exhibit No. 812-3

ZA-059913



Fig 2-24 Bilateral exposure of avascular bone due to Aredia therapy for multiple myeloma.

Today the bisphosphonates are widely used in the treatment of osteoporosis and other bone-losing metabolic diseases. The most common bisphosphonates used for osteoporosis, such as alendronate, risedronate, and etidronate, are without serious bone necrosis complications when used according to their recommended dosages. However, pamidronate (Aredia, Novartis), used to treat hypercalcemia related to malignancies in the dosage range of one 60- to 90-mg dose intravenously every 1 week to 1 month, produces a significant incidence of exposed nonvital bone in the mandible and/or maxilla. This is most often seen when Aredia is used in combination with dexamethasone or other steroids in the long-term treatment of multiple myeloma.

The bisphosphonates in general are a class of drugs that inhibit osteoclasts. Therefore, their use in hypercalcemic states is very effective and their maintenance of bone mass works against osteoporosis. However, osteoclastic function is part of the normal bone-turnover cycle, where osteocytes live out their life spans (about 150 days); their mineral matrix is resorbed by osteoclasts, which release BMP and insulin-like growth factors (IGFs), which in turn induce local stem cells to differentiate into osteoblasts and form new bone. This cycle is critical to maintaining bone stocks and the viability of bone. If osteoclastic function is too severely impaired, dead and dying osteocytes are not replaced and the capillary network in the bone is not maintained. The end product is avascular bone necrosis. This process is analogous to that of osteopetrosis (Albers-Schönberg or marble bone disease), in which an autosomal-dominant inheritance defect in osteoclast development also eventuates into exposed nonviable bone almost exclusively in the jaws.

Only a few diseases produce nonviable exposed bone in the jaws: osteoradionecrosis, osteopetrosis, a severe localized area of florid cemento-osseous dysplasia, and chronic osteomyelitis. Most of these can be ruled out by a thorough history and simple radiographs.

While it is prudent to obtain a panoramic radiograph and a CT scan to assess the potential degree of involvement and to rule out some of the diseases on the differential list, a drug-induced avascular necrosis of bone often produces a normal radiographic or CT scan picture because of its maintenance of bone mineral, which is what these studies identify. Instead, the patient's history and a clinical examination are the most important factors in establishing a diagnosis. Those who have been taking Aredia for more than 1 year and those on concomitant steroids are at highest risk. If the individual has residual multiple myeloma or another malignancy, hypoproteinemia, or renal impairment from disease or drugs, or is currently taking other chemotherapy agents, the risk and probability of an avascular necrosis of bone increases further.

The histopathology of a drug-induced avascular necrosis of bone is nonspecific. It will, of course, show bone with empty lacunae and Haversian systems. There will be no Howship lacunae and sparse, if any, osteoblastic rimming. Occasionally, some inflammatory cells and bacterial colonies on bone surfaces may be seen, which is consistent with bone exposed to the oral environment.

37

ZA-0599914

**PX Exhibit No. 812-4**



Fig 2-25a In this foreign body granuloma, exogenous material is surrounded by multinucleated giant cells (fused macrophages) and mixed chronic inflammatory cells.



Fig 2-25b This epithelioid granuloma, which is more compact, consists of a defined mass of pale-staining macrophages (epithelioid cells). A Langhans type of giant cell also is visible.

**AND PROGNOSIS** ▶

This disease presents a serious treatment dilemma for the oral and maxillofacial specialist. Since Aredia and the other bisphosphonates, if given in very high doses, affect the entire skeleton, the surgeon cannot debride to an uninvolved bone margin. In addition, many individuals must continue with Aredia therapy and/or other chemotherapies to maintain multiple myeloma control. Therefore, a common option is a combination of 0.12% chlorhexidine oral rinses, denture relief and reline if needed, intermittent courses of antibiotic therapy to treat secondary infections, and analgesics to treat painful episodes.

To resolve the disease, Aredia or the offending drug must be discontinued for at least a 2-month period prior to debridement surgery and flap advancements for a primary closure and must not be restarted for at least another 2 months. This will, of course, require the consultation and cooperation of the medical oncologist. In addition, the patient's blood studies and nutritional balance should be optimized to support healing in these compromised individuals.

Hyperbaric oxygen does not play a significant role in the treatment of this disease, and antibiotics by themselves are indicated only to treat secondary infection. These patients are also not candidates for dental implants, and the wearing of dentures must be closely monitored to prevent pressure areas from exposing the drug-altered bone.

# Granulomatous Diseases

Granulomas may be defined as focal collections of macrophages that aggregate for the purpose of phagocytosis. There are two major types of granulomas: *foreign body granulomas*, which consist of immature macrophages that accumulate because of the presence of concentrated inert material such as silica or talc (Fig 2-25a); and *epithelioid granulomas*, which consist of activated or mature macrophages and typically develop through the action of T cells in a delayed hypersensitivity reaction. Often this is the consequence of infection by certain microorganisms, such as *mycobacterium tuberculosis* (Fig 2-25b).

38

ZA-0599915

**PX Exhibit No. 812-5**