# EXHIBIT 16

# Oral & Intravenous Bisphosphonate–Induced Osteonecrosis of the Jaws

*History, Etiology, Prevention, and Treatment*



## Robert E. Marx, DDS



quintessence
books

# Oral & Intravenous Bisphosphonate–Induced Osteonecrosis of the Jaws

## History, Etiology, Prevention, and Treatment

**Robert E. Marx, DDS**

Professor of Surgery and Chief
Division of Oral and Maxillofacial Surgery
Miller School of Medicine
University of Miami
Miami, Florida



**Quintessence Publishing Co, Inc**

Chicago, Berlin, Tokyo, London, Paris, Milan, Barcelona,
Istanbul, São Paulo, Mumbai, Moscow, Prague, and Warsaw

Library of Congress Cataloging-in-Publication Data

Marx, Robert E.
    Oral & intravenous bisphosphonate–induced osteonecrosis of the
jaws : history, etiology, prevention, and treatment / Robert E. Marx.
        p. ; cm.
    Includes bibliographical references and index.
    ISBN-13: 978-0-86715-462-7 (softcover)
    1. Jaws--Necrosis.  2. Diphosphonates--Toxicology.  3. Osteope-
trosis--Etiology.    I. Title.  II. Title: Oral and intravenous bisphos-
phonate–induced osteonecrosis of the jaws.
    [DNLM:  1. Jaw Diseases--etiology--Case Reports.  2. Osteone-
crosis--etiology--Case Reports.  3. Diphosphonates--adverse effects
--Case Reports.  4. Drug Therapy--adverse effects--Case Reports.
5. Jaw Diseases--therapy--Case Reports.  6. Osteonecrosis--therapy
--Case Reports.    WU 140.5 M392o 2007]
RC936.M365 2007
617.5'22--dc22

                                                                2006029745



© 2007 Quintessence Publishing Co, Inc

Quintessence Publishing Co, Inc
4350 Chandler Drive
Hanover Park, Illinois 60133
www.quintpub.com

All rights reserved. This book or any part thereof may not be reproduced, stored in a retrieval system, or
transmitted in any form or by any means, electronic, mechanical, photocopying, or otherwise, without prior
written permission of the publisher.

Editor: Lisa C. Bywaters
Design: Dawn Hartman
Production: Patrick Penney

Printed in Canada



Osteoporosis

85

75

65

55   Age (years)

45

ecreases with advancing age, placing more
of Susan Ott, MD, University of Washing-

of patients followed for 10 years of
ied Fosamax therapy showed fur
creases in BMD. This should no
as a surprise given what we now
about the cumulative effects of
rm use of all bisphosphonates and
nerging cases of osteonecrosis of
ws related to oral bisphosphonate
r more than 3 years. Of more signif
nterest is the subset of patients who
ntinued Fosamax use after 3 years
patients experienced only a very
ual decrease in BMD without a sig
increase in the incidence of osteo
sis-related factors, underscoring th

extended half-life of all bisphosphonates and suggesting that continued intake of these drugs may not be necessary to control osteoporosis.

From an epidemiologic perspective, postmenopausal women taking an oral bisphosphonate represent a large pool of individuals at risk for bisphosphonate-induced osteonecrosis of the jaws. Although an accurate estimate of incidence is impossible to calculate, the number is obviously very small. The difficulty in estimating incidence is that the actual number of individuals taking oral bisphosphonates is unknown: The official estimate of 14 million women is based on pharmaceutical sales data. Moreover, not all of these 14 million women have received an oral examination and may have unrecognized or even symptomatic bone exposure that has been attributed to other pathologies (similar to the early experience with Aredia and Zometa). The author has personally treated only 30 patients who have exposed bone from oral bisphosphonates (28 related to Fosamax, 2 to Actonel) and has received reports of at least 200 additional cases from colleagues in the United States. Should 1,000 cases exist among the 14 million patients estimated to be currently taking an oral bisphosphonate, then the incidence would be calculated as 0.007%, or 7 cases per 100,000 individuals. This is an extremely low incidence and should be recognized as such. The concern is that the popularity of prescribing bisphosphonates for osteopenia and early osteoporosis continues to increase, resulting

in greater numbers of women taking oral bisphosphonates over several decades. Given that the accumulated effects in the jaws become significant after 3 years, it is likely that a larger number of women will develop osteonecrosis of the jaws in the future.

# Off-Label Use of Bisphosphonates

As noted earlier, off-label use of bisphosphonates, particularly intravenous bisphosphonates, has been reported in desperate clinical situations involving severe osteogenesis imperfecta,[6] steroid-induced osteoporosis, juvenile osteoporosis,[8] fibrous dysplasia,[7] Gaucher disease,[8] and severe postmenopausal periodontal bone loss.[9] In particular, there is much interest in treating children with severe osteogenesis imperfecta.[6] Anecdotal reports have noted an increase in patient activity, a decrease in bone pain, and presumably a decrease in the number of fractures suffered by children with this crippling disease. However, these encouraging reports must be balanced against the higher risks of bisphosphonate toxicity in children resulting from an enhanced rate of bone absorption from the more active bone turnover related to growth. Indeed, balancing the anecdotal reports of benefits are anecdotal reports of reduced growth, delayed or noneruption of teeth, and even bisphosphonate-

induced osteopetrosis.[8,16] The alarming case of such a drug-induced osteopetrosis with complications[17] was discussed briefly in chapter 2. In that case a 7½-year-old boy with idiopathic hyperphosphatasemia was treated initially with Aredia 10 mg (0.37 mg/kg of body weight) over 3 consecutive days, followed shortly afterward by another 3-day course at the same dose, and then 60 mg of Aredia intravenously every 3 weeks at age 8 years. Intermittently from the age of about 8½ years to 10½ years, this boy also received Aredia 80 mg and then 100 mg intravenously. By age 10½ years, a significant increase in radiographic bone density was observed, and a biopsy of the iliac crest confirmed osteopetrosis. Although Aredia was discontinued at that time, the boy developed a bilateral spondylolysis (fracture of the posterior column par interarticularis) at L4 and a spontaneous fracture of the right radius due to the brittle nature of this bisphosphonate-induced osteopetrotic bone.

This case highlights the increased risks associated with bisphosphonate use in children, and the increased toxicity of bisphosphonates in bone with higher rates of turnover such as the growing skeleton and the alveolar bone of the adult mandible and maxilla.

The off-label use of oral bisphosphonates to stabilize periodontal bone loss has been a goal sought by periodontal researchers for several years.[9,18] A 2006 article by Jeffcoat[19] reports the results of a single-blinded study of alendronate related to periodontal bone loss and implant survival in a mixed group of men and women of various ages. Patients who had low skeletal BMD were given Fosamax 70 mg weekly and showed improved alveolar bone height, although no improvement was found in those who began with near normal skeletal BMD. The same dosage also showed no effect on implant survival, and no cases of osteonecrosis of the jaws were reported in either group after 2 years. However, the author's conclusion regarding the safety of Fosamax related to osteonecrosis of the jaws is a prime example of the misleading nature of bisphosphonate bone toxicity even for experienced researchers. That is, a 2-year study is an insufficient period of time in which to develop a conclusive safety profile for any bisphosphonate. To date, all cases of osteonecrosis of the jaws related to an oral bisphosphonate occurred after 3 years of continuous use (see chapter 6). In addition, most dental implants are placed in patients who have already undergone several years of oral bisphosphonate therapy; they are not placed in patients who are starting oral bisphosphonate therapy at the same time. The potency, dose, and time duration of each oral bisphosphonate dictates the emergence of clinical osteonecrosis in the jaws. Therefore, the use of oral bisphosphonates to control periodontal bone loss needs more controlled studies with a longer follow-up period than just 2 years before it can be recommended, and its safety profile related to dental implants must be considered inconclusive.

**Ref**

1. Berei of pa with 1996
2. Hort of pa patie N Er
3. May pote cem
4. Cha bon fibro Chi
5. Libe aler der N E
6. Glo G, chi J N
7. Za tre wit 40
8. M be
9. R de pe ra 2



**Fig 4-7** Clinically evident hepatosplenomegaly representing extramedullary hematopoiesis in an individual with a hemoglobin of 7.2 g/dL from osteopetrosis.

turn produce hepatosplenomegaly from compensatory extramedullary hematopoiesis (Fig 4-7). Pancytopenia with hemoglobins of 7 to 9 g/dL, white blood cell counts of less than 1,000/mm³, and platelet counts under 50,000 is common and predisposes the individual to infections, compromised wound healing, and prolonged bleeding. Throughout its course, hypocalcemia occurs. However, later stages are characterized by severe hypocalcemia of 6 to 8 mg/dL of total serum calcium and may lead to tetany or death. Supplemental calcium often registers no benefit in patients with hypocalcemia of this severity.

## Dental Manifestations and Complications

In children, osteopetrosis causes overretention of primary teeth and noneruption of permanent teeth, producing a radiographic picture of multiple unerupted teeth (Fig 4-8). Overretention presumably denotes the lack of resorption of the roots of the primary teeth, while noneruption of the permanent teeth probably results from the dense hypermineralized alveolar bone through which the teeth must erupt and the dearth of functioning osteoclasts needed to resorb it. A similar pattern of delayed or noneruption of permanent teeth has been noted in some

the most common functional loss, a result of the rigidity that develops in the middle ear ossicles, which in turn reduces or prevents vibration (see Figs 4-4 and 4-5). As osteopetrosis progresses, the patient's marrow space is obliterated by mineralized bone, compromising hematopoiesis and resulting in anemia, leucopenia, and thrombocytopenia. This condition, known as *myelophthisic pancytopenia*, will in

hepatosplenomegaly from
extramedullary hematopoi-
Pancytopenia with hemo-
) 9 g/dL, white blood cell
han 1,000/mm³, and plate-
er 50,000 is common and
ie individual to infections,
wound healing, and pro-
ig. Throughout its course,
occurs. However, later
iracterized by severe hypo-
to 8 mg/dL of total serum
iay lead to tetany or death.
calcium often registers no
ents with hypocalcemia of

## stations and
## cations

teopetrosis causes overre-
iary teeth and noneruption
teeth, producing a radi-
ire of multiple unerupted
Overretention presumably
ack of resorption of the
primary teeth, while non-
· permanent teeth probably
ie dense hypermineralized
through which the teeth
d the dearth of functioning
eded to resorb it. A similar
iyed or noneruption of per-
has been noted in some



**Fig 4-8** Multiple unerupted teeth resulting from dense overlying bone and lack of apical bone turnover in an 11-year-old child with osteopetrosis.



**Fig 4-9** Hypermineralized bone, incompletely erupted teeth, and defects from surgical debridement attempts are frequently noted even on panoramic films of adult osteopetrosis patients.

children with osteogenesis imperfecta who received intravenous bisphosphonate therapy.

As children progress into their teenage and early adult years, the absence of bone remodeling/renewal causes the bone to necrose. Like bisphosphonate-induced osteonecrosis, osteopetrosis targets the alveolar bone in the jaws because of its tenfold greater need for bone remodeling/renewal. The result in both cases is exposed nonhealing bone that is also hypermineralized and brittle. Attempts at debridement produce additional exposed bone and further reduce the integrity of the jaws while at the same time presenting the risk of pathologic fracture (Fig 4-9). Exposed bone from osteopetrosis (or from bisphosphonates) is not painful unless it becomes second-