# EXHIBIT 17

Case 3:12-cv-08223-NVW    Document 42-17    Filed 03/04/14    Page 2 of 10

VOLUME I

Robert E. Marx, DDS
Diane Stern, DDS, MS

# Oral and Maxillofacial
# PATHOLOGY

*A Rationale for Diagnosis and Treatment*    **Second Edition**



quintessence
books

# Oral and Maxillofacial
# PATHOLOGY

*A Rationale for Diagnosis and Treatment*   Second Edition

## Volume I

### Robert E. Marx, DDS

Professor of Surgery and Chief
Division of Oral and Maxillofacial Surgery
University of Miami
Miller School of Medicine
Miami, Florida

### Diane Stern, DDS, MS

Professor
Department of Oral Diagnostic Science
Nova Southeastern University
College of Dental Medicine
Fort Lauderdale–Davie, Florida

Clinical Professor of Surgery
Division of Oral and Maxillofacial Surgery
University of Miami
Miller School of Medicine
Miami, Florida

 **Quintessence Publishing Co, Inc**
Chicago, Berlin, Tokyo, London, Paris, Milan, Barcelona,
Istanbul, Moscow, New Delhi, Prague, São Paulo, and Warsaw

Library of Congress Cataloging-in-Publication Data

Marx, Robert E.
  Oral and maxillofacial pathology : a rationale for diagnosis and treatment
/ Robert E. Marx, Diane Stern. -- 2nd ed.
      p. ; cm.
  Includes bibliographical references and index.
  ISBN 978-0-86715-512-9 (hardcover)
  I. Stern, Diane. II. Title.
  [DNLM: 1.  Face--pathology. 2.  Jaw--pathology. 3.  Mouth--pathology. 4.
Jaw Diseases--pathology. 5.  Mouth Diseases--pathology.  WU 140]
  LC  classification not assigned
  617.5'22--dc23
                              2011034780


5  4  3  2  1


The authors and the publisher of this work have made every effort to provide information that is reliable and complete. However, because of the possibilities of human error and new developments in the field, neither the authors nor the publisher of this work guarantees that the information contained herein is in every respect accurate or complete. Readers are encouraged to confirm the information contained herein with other sources, and they are advised to be aware of all pertinent governmental regulations and to review the manufacturer's information.

All histologic slides are stained with hematoxylin & eosin unless otherwise noted.



© 2012 Quintessence Publishing Co, Inc

All rights reserved. This book or any part thereof may not be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, or otherwise, without prior written permission of the publisher.

Quintessence Publishing Co, Inc
4350 Chandler Drive
Hanover Park, IL 60133
www.quintpub.com

Editor: Leah Huffman
Design: Ted Pereda
Production: Sue Robinson

Printed in China

## 3 Infectious Diseases of the Oral and Maxillofacial Region (cont)

| | | | |
|---|---|---|---|
| Infectious Mononucleosis | 126 | Condyloma Acuminatum | 137 |
| Hand-Foot-and-Mouth Disease | 128 | Molluscum Contagiosum | 139 |
| Herpangina | 129 | Measles (Rubeola) | 140 |
| HIV Disease and AIDS | 129 | Rubella (German Measles) | 142 |

## 4 Immune-Based Diseases 143

| | | | |
|---|---|---|---|
| Hypersensitivity Reactions | 143 | The CREST Syndrome and Diffuse Progressive Systemic Sclerosis (Scleroderma) | 181 |
| Pemphigus Vulgaris | 144 | Kawasaki Disease (Mucocutaneous Lymph Node Syndrome) | 187 |
| Paraneoplastic Pemphigus | 149 | Dermatitis Herpetiformis | 188 |
| The Pemphigoid Group and Other Basement Membrane Autoimmune Diseases | 150 | Dermatomyositis | 189 |
| Cutaneous Pemphigoid (Bullous Pemphigoid) | 152 | Aphthous Stomatitis | 191 |
| The Mucosal Pemphigoids | 154 | Behçet Syndrome | 194 |
| Linear IgA Disease | 159 | Reactive Arthritis (Formerly Reiter Syndrome) | 195 |
| Epidermolysis Bullosa Acquisita | 160 | Diffuse Interosseous Skeletal Hypertrophy (DISH) Syndrome (Formerly Eagle Syndrome) | 197 |
| Lichen Planus | 161 | Juvenile Periodontitis | 199 |
| Erythema Multiforme | 167 | Papillon-Lefèvre Syndrome | 201 |
| Systemic Drug Reactions | 170 | Wegener Granulomatosis | 202 |
| Contact Drug Reactions | 173 | Giant Cell Arteritis | 205 |
| Chronic Cutaneous Lupus Erythematosus | 174 | Systemic Corticosteroid Therapy Protocols | 207 |
| Systemic Lupus Erythematosus | 177 | | |
| Antiphospholipid Antibody Disease | 180 | | |

## 5 Conditions of Developmental Disturbance 211

| | | | |
|---|---|---|---|
| Persistent Lingual Thyroid Gland | 211 | Osteogenesis Imperfecta | 232 |
| Osteoporotic Bone Marrow Defects | 212 | Dentinogenesis Imperfecta | 236 |
| Lingual Salivary Gland Depressions | 213 | Dentin Dysplasia | 238 |
| Idiopathic Bone Cavities | 215 | Amelogenesis Imperfecta | 238 |
| White Sponge Nevus | 218 | Hemifacial Hyperplasia | 239 |
| Hereditary Benign Intraepithelial Dyskeratosis | 218 | Hemifacial Atrophy (Parry-Romberg Syndrome) | 241 |
| Darier Disease | 220 | Ehlers-Danlos Syndrome | 244 |
| Psoriasis | 222 | Marfan Syndrome | 245 |
| Focal Epithelial Hyperplasia (Heck Disease) | 224 | Mandibulofacial Dysostosis (Treacher Collins Syndrome) | 247 |
| Hereditary Gingival Fibromatosis | 225 | Hemifacial Microsomia–Oculoauriculovertebral Dysplasia (Goldenhar Syndrome Spectrum) | 248 |
| Hereditary Hemorrhagic Telangiectasia (Rendu-Osler-Weber Syndrome) | 227 | Beckwith-Wiedemann Syndrome | 252 |
| Encephalotrigeminal Angiomatosis (Sturge-Weber Anomaly) | 229 | Epidermolysis Bullosa | 253 |
| Cleidocranial Dysplasia | 231 | Ectodermal Dysplasia | 256 |

## 6 Hyperplasias, Hamartomas, and Neoplasms: Their Biology and Its Impact on Treatment Decisions 259

| | | | |
|---|---|---|---|
| Hyperplasias | 259 | Teratomas | 261 |
| Hamartomas | 259 | Benign Neoplasms | 262 |
| Choristomas | 260 | Malignant Neoplasms | 263 |



**Fig 5-33a** Panoramic radiograph of an individual with cleidocranial dysplasia showing numerous supernumerary premolar-shaped teeth as well as unerupted normal premolar teeth.



**Fig 5-33b** Chest radiograph of an individual with cleidocranial dysplasia showing absence of the left clavicle and only a small segment of the right clavicle in the sternoclavicular area.

necessary, as are restorative and prosthetic dentistry for areas of carious or missing teeth. Uncovering of unerupted teeth with planned attempts to guide eruption by orthodontic means cannot be expected to be successful because of the lack of cellular cementum.

# Osteogenesis Imperfecta

**resentation and pathogenesis** ■■

The osteogenesis imperfectas are an extremely varied and overlapping group with multiorgan and therefore heterogenous clinical involvements that have the commonality of defective type I collagen. Therefore, it would perhaps be better to collectively term these diseases *connective tissue imperfectas.* In the past, students have been taught to remember these diseases as a single entity through the phrase "brittle bones and blue sclerae." While this is mostly true, some patients will have sufficiently subclinical cases as to lack brittle bones or fractures but have blue sclerae and several other features, and others will lack blue sclerae but will have multiple fractures that are more common at certain ages. This great variability relates to *(1)* different phenotypic expressions of the usually autosomal-dominant inheritance, *(2)* isolated cases of autosomal-recessive inheritance, *(3)* numerous cases of spontaneous mutations related to advanced parental age, *(4)* a wide subset of point mutations in different locations in procollagen synthesis, and *(5)* some cases resulting not from defective collagen synthesis but from faulty assembly of the triple helix conformation of the collagen molecule. The "brittle bones" result from normal mineralization of a defective type I collagen, which does not have the elasticity of normal bone and is therefore prone to fracture following mild trauma. The blue sclerae are not due to an abnormal thinness of the sclera but rather to a decreased collagen fiber thickness and fiber diameter, allowing the retinal and uveal vessels and pigments to show through as blue (Fig 5-34a). If blue sclerae are noted, they will persist into adult life (Fig 5-34b).

Because the osteogenesis imperfectas involve all collagen synthesis in the individual in addition to fractures (Fig 5-34c), they may also variably have aortic dilations, joint hypermobility, bowing of the long bones (Fig 5-34d), easy bruising, and various dentinogenesis imperfecta (DI) manifestations, among other organ involvements. Although various dentin abnormalities are associated with osteogenesis imperfectas, DI may occur as a single entity unassociated with osteogenesis imperfecta, and conversely, osteogenesis imperfecta may or may not have concomitant DI. In fact, this association has led to the classification of two subtypes of type I osteogenesis imperfecta.



**Fig 5-34a** The blue sclerae seen in some types of osteogenesis imperfecta are due to the thinness and the defectiveness of the collagen fibers in the sclerae.



**Fig 5-34b** Blue sclerae in patients with osteogenesis imperfecta persist into adult life.



**Fig 5-34c** Because the main organic component of bone is collagen, the bone is bowed and brittle. Fractures are common.



**Fig 5-34d** Long bones are more severely bowed than others and may be hypoplastic.

In an attempt to develop a general categorization, the many clinical expressions of osteogenesis imperfecta have been divided into four major types as follows:

## Type IA

Individuals with type IA will tend to have multiple bone fractures, although 10% will have no fractures. The number of fractures will range from 2 to more than 70 throughout the individual's lifetime. Such fractures will be more frequent in children and older individuals and less frequent at puberty and for some years afterward. Fracture frequency thus increases with age and is particularly high among post-menopausal women. These individuals may also have varying degrees of kyphosis, scoliosis, bowing of long bones, and increased cranial size (macrocephaly).

Individuals with type IA will not have DI; the teeth are clinically and radiographically normal. However, 95% of those in this group over the age of 30 years will develop some conductive hearing loss due to immobility of the middle ear ossicles at the stapes footplate. This group may also have aortic dilations; however, only 24% of men and 4% of women have this involvement, and it is usually

233

asymptomatic. Joint hypermobility may also be seen, but to a lesser degree than that seen in Ehlers-Danlos syndrome or Marfan syndrome, two other diseases of defective collagen synthesis or structure.

## Type IB

Individuals with type IB may have any or all of the involvements of osteogenesis imperfecta in type IA, as well as various degrees of DI. Usually both the primary and secondary teeth erupt with opalescent dentin, which is the gray or blue-gray appearance of the teeth. Like the blue sclerae, the malformed collagen component of the dentin allows the pulp vascular network to reflect light through the teeth as blue (Fig 5-35a). A widened pulp chamber, resulting from incomplete and shortened dentinal tubules, may also contribute to this effect. The enamel is normal, but the dentin itself is defective with abnormal collagen, and the dentinoenamel junction is usually flat. Therefore, the enamel rods wear off rapidly to expose the dentin, producing a brown discoloration soon after eruption that may resemble a restorative crown preparation. Significant secondary dentin is deposited so that the teeth will lose their blue-gray opalescence, and a radiograph will show obliterated pulp chambers (Fig 5-35b). Therefore, depending on the timing, the teeth may appear gray-blue, normal, or brown clinically and show enlarged, normal, or obliterated pulp chambers radiographically.

## Types IIA, IIB, and IIC

The three subgroups of type II osteogenesis imperfecta are distinguished by the mode of inheritance. Type IIA is thought to be the result of new mutations, which are autosomal dominant. Type IIB is thought to be inherited from parents who are carriers and is an autosomal-dominant inheritance. Type IIC is very rare but is thought to represent autosomal-recessive inheritance.

In each of the subtypes, type II osteogenesis imperfecta is a severe expression characterized by extreme bone fragility and multiple early fractures, including fractures in utero and stillbirths or early infant deaths (14 hours to 4 weeks). In fact, much of the data available in this group have been derived from autopsies. Similar to type IB, type II has enlarged dental pulps with shortened and incomplete dentinal tubules, but no information is available concerning secondary dentin and eventual pulpal obliteration because of the short life spans. In this general type, radiographs show dramatically incomplete skeletal development with malformed ribs, wormian bones in the calvarium (island of bone), and absent ossifications of the distal segments in the extremities.

## Type III

Type III osteogenesis imperfecta is also a more severe form than type I, although not as severe as type II. This type progressively worsens so that about 38% survive long term, as do most type I individuals, but none dies in early infancy as do those with type II. Instead, this type is seen to have about a 25% mortality in the first year, another 25% mortality between the teen years and the early 20s, then another 20% mortality up to the age of 50 years. Most deaths result from complications of fractures or inadequate skeletal support of internal organs, leading to scoliosis, pulmonary hypertension, and cardiopulmonary failure.

This type will not have blue sclerae. The sclerae will appear normal clinically in adults, although children may have blue sclerae throughout their first year. The dentitions in this group have not been adequately reported; however, it seems that 50% will have some form of DI.

## Type IV

Type IV osteogenesis imperfecta will have normal sclerae as in type III. However, this type has more fractures at birth than type III and, also in contrast to type III, does not worsen over time but actually has fewer fractures after puberty. This type has a high incidence of concomitant DI similar to that of type IB. The specific degree of DI and its course are consistent within a family. They generally include a slight variation of opalescent teeth on eruption, enamel loss once in function, and obliterations of the pulp due to secondary dentin deposition.

234



rfecta type IB, varying
eeth may have a blue-
med dentin, which al-
ɔw through. (Courtesy



**Fig 5-35b** Osteogenesis imperfecta type IB with DI will erupt with opalescent dentin but will progress to form significant secondary dentin, which will cause the teeth to lose their original blue-gray opalescence and develop obliterated pulp chambers. (Courtesy of Dr David E. Prindiville.)



**Fig 5-36** Osteogenesis imperfecta bone will be undermineralized and more cellular than normal bone.

**tial diagnosis** ▀▀

There are several rare syndromes that may produce bone radiolucency and fractures. These include Cole-Carpenter syndrome, Campomelic syndrome, and Bruck syndrome. If wormian bone in the calvarium is the prominent feature, cleidocranial dysplasia, progeria, mandibuloacral dysplasia, and acro-osteolysis may be considered as well. If blue sclerae is the prominent feature, Marfan syndrome and Ehlers-Danlos syndrome may be included. If DI features predominate, it is well to remember that DI can exist independently and that dentin dysplasia types I and II will produce dentin abnormalities similar to DI.

In a practical sense, a young child who presents with multiple fractures should be considered a potential "battered child." This may be particularly difficult to distinguish from some of the osteogenesis imperfectas because of the easy bruising that may be a part of the collagen abnormality and the obvious bruising seen in a battered child. In such cases, the dental examination, the color of the sclerae, and the pattern of bony fractures become the important differential points.

**stic work-up** ▀▀

A detailed complete-body physical examination, oral examination, jaw radiographs, and full skeletal radiographs are the baseline studies recommended. If these studies suggest a diagnosis of osteogenesis imperfecta, genetic testing of parents and patient may be accomplished as well as collagen mapping and DNA probe studies, which usually require biopsy material.

**stopathology** ▀▀

The ossification centers develop normally in cartilaginous bone, but no ossification occurs (Fig 5-36). Cortices are thin, and medullary trabeculae are few, fragile, and subject to microfractures. In the severely affected infant, the skull may be fibrous; in adults, it may be composed of small wormian bones with irregular sutures.

**Treatment** ▀▀

There is no cure for this disease. It will progress to its full expression as dictated by the degree of genetic mutation of the particular type, which in turn has dictated the degree and amount of "imperfect" collagen. However, treatment with intravenous bisphosphonates, particularly pamidronate (Aredia, Novartis), 30 to 60 mg at varying intervals, has reduced fractures and supported more normal function.

The oral and maxillofacial surgeon may be required to treat facial bone or jaw fractures in these individuals. In such cases, the rate and degree of bone regeneration is the same as for normal individuals. However, the bony callus and bony union will be of osteogenesis imperfecta–type bone. Therefore, standard fracture treatment approaches may be used with little modification. There is no compelling recommendation to use more rigid internal fixation plates in these individuals because the gain of

rigidity is offset by the stress rizors that are more prominent in "brittle bones" when screw holes are drilled and the potential for new fractures adjacent to plates where the stress differential between plate and bone may be significant.

The dentinogenesis component is usually treated with onlay or full-crown coverage. In the anterior teeth, cosmetic full crowns or veneers may be used. Selective orthodontic therapy to correct the frequent malocclusions is feasible because these teeth will move through this type of bone, but the treatment risks are higher because of the increased mechanics required and the already shortened roots.

**Prognosis** ■■

Prognosis is dependent on the type of osteogenesis imperfecta and the degree of genetic expression. As has been stated, this can vary greatly from intrauterine death to a full life span. In those with one of the milder expressions, cautious lifestyles and prompt medical management with bisphosphonates as well as surgical management of disease-related complications can extend longevity.

## Dentinogenesis Imperfecta

**esentation and**
**pathogenesis** ■■
■■

DI is an autosomal-dominant trait that affects both the primary and permanent dentitions. Therefore, it is usually recognized early in life (ages 2 to 6 years) when teeth begin to appear brown or opalescent and the enamel seems to quickly wear off the crowns. When DI occurs as a component of osteogenesis imperfecta, it is classified as DI type I. When DI occurs as a separate isolated trait, it is classified as DI type II. Both type I and type II DI exhibit seemingly normal teeth at the time of early eruption. After several months, full eruption of the teeth will often disclose a bell-shaped crown and obvious discoloration in addition to enamel wear. Radiographs will indicate obliteration of the pulp chamber by dentin (Fig 5-37a). Because the primary dentition is more severely affected than the permanent dentition, children will be brought in by parents who seek consultation concerning "discolored teeth" (Fig 5-37b).

The opalescent color of some teeth is due not to the pulp showing through but to the collagen structural defect within the dentin, which may reflect either a bluish light through the enamel or a brown color. Also, the enamel does not actually "fall off" the dentinoenamel junction, as some believe; the dentinoenamel junction in DI seems to be structurally and functionally normal. Some enamel wears excessively because of hypoplastic and hypocalcified areas within the enamel rods. These are presumably due to the fact that amelogenesis is induced and initiated by the initial mantle dentin deposition in normal tooth formation. The abnormality in dentin formation results secondarily in enamel that is also microscopically somewhat defective.

The abnormal collagen is produced by abnormal odontoblasts. The preodontoblasts within the dental papilla seem to undergo normal cellular differentiation and form nearly normal mantle dentin. These odontoblasts die and are replaced by newly differentiated odontoblasts from the dental papillae that never mature into fully functional odontoblasts. These defective odontoblasts secrete an abnormal collagen, which is undermineralized and fails to form odontoblastic tubules. The result is the imperfect dentin that reflects light in the brown or blue spectrum but has formed a near normal dentinoenamel junction because of the less affected preodontoblasts and the mantle dentin they produce (Fig 5-38).

DI type III may represent a rare transitional link between DI and dentin dysplasia. DI type III also is an autosomal-dominant trait, but it is a specific dentin abnormality. It seems to be a specific defect only within the primary dentition, but it may produce secondary dystrophic dentin, which causes pulpal obliteration, or, paradoxically, it may underproduce such dystrophic dentin, creating an enlarged pulp cavity and resulting in shell-shaped teeth.

**itial diagnosis** ■■

The initial recognition of discolored and malformed teeth with excessive enamel wear may also suggest amelogenesis imperfecta or fluorosis. However, amelogenesis imperfecta can be recognized by its more clinically apparent enamel defects. Specifically, the enamel will be pitted and mottled in appearance, and globular enamel that produces a widening just apical to the incisal edges of mandibular incisor teeth is common. Moreover, both amelogenesis imperfecta and fluorosis are associated with normal pulp chambers, whereas DI produces obliterated pulp chambers. Dentinogenesis imperfecta must also be distinguished from dentin dysplasia, another autosomal-dominant trait that affects dentin in two types. These can be separated from true dentinogenesis imperfecta because one of its forms, dentin dysplasia type I, has normal coloration of both the primary and permanent dentition, although their pulps are almost completely obliterated. Unlike DI, it also manifests extremely short roots and periapical radiolucencies. The other form of dentin dysplasia, dentin dysplasia type II, does cause a

236