**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PAUL SCHENK, et al., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 3:12-cv-08223-HRH |
| | ) |
| | ) |
| NOVARTIS PHARMACEUTICALS | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO STRIKE REPORT OF
DR. ROBERT MARX**

On February 13, 2014 Defendant Novartis Pharmaceuticals Corporation ("NPC") filed a

Motion to Strike the Expert Report of Dr. Robert Marx.  *See* Motion (ECF No. 39).  On March 4,

2014, Plaintiffs Gary and Gail Schenk filed a Response in Opposition to said Motion.  *See*

Response (ECF No. 42).  Thereafter, the Ninth Circuit court in *Messick* reversed the lower

court's ruling in another Aredia/Zometa case.  *See* Order, *Messick v. Novartis Pharms. Corp*.,

No. 13-15433 (ECF No. 41-1) (9th Cir. April 4, 2014)(attached hereto as **Exhibit 1**).  Plaintiffs

hereby supplement their previously-filed Response in Opposition with this new authority.  *Id.*

Respectfully submitted, this 16th day of May, 2014, by:

*s/ John J. Vecchione*
John Julian Vecchione  (*pro hac vice*)
Valad & Vecchione PLLC
3863 Plaza Dr.
Fairfax, VA 22030
Telephone: 703-352-4800
Facsimile: 703-352-4820
jvecchione@valadlaw.com

2

_s/ Martin H. Mathers_
Martin H. Mathers
Martin H. Mathers PC
3101 N. Central Ave., Ste. 970
Phoenix, AZ 85012
Telephone: 602-258-0646
Facsimile: 602-258-8287
mathers@gmazlaw.com

*Counsel for Plaintiffs*
*Paul and Gail Schenk*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Katharine R. Latimer
Patrick R. Harkins
Bruce J. Berger
Hilary Lewis
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
klatimer@hollingsworthllp.com
pharkins@hollingsworthllp.com
bberger@hollingsworthllp.com
hlewis@hollingsworthllp.com

Thomas M. Hoidal
Law Office of Thomas M. Hoidal PLC
7227 N. 16th St., Ste. 222
Phoenix, AZ 85020
Telephone: 602-254-0202
Facsimile: 602-254-0404
thoidal@hoidallawoffice.com

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*

Martin H. Mathers
Martin H. Mathers PC
3101 N. Central Ave., Ste. 970
Phoenix, AZ 85012
Telephone: 602-258-0646
Facsimile: 602-258-8287
mathers@gmazlaw.com

*Attorneys for Plaintiffs*
*Paul Schenk and Gail Schenk*

3

*s/ John J. Vecchione*
John Julian Vecchione (*pro hac vice*)
Valad & Vecchione PLLC
3863 Plaza Dr.
Fairfax, VA 22030
Telephone: 703-352-4800
Facsimile: 703-352-4820
jvecchione@valadlaw.com

*Attorneys for Plaintiffs*
*Paul Schenk and Gail Schenk*

4