# Exhibit

# 7





**Fig 5-33a** Panoramic radiograph of an individual with cleidocranial dysplasia showing numerous supernumerary premolar-shaped teeth as well as unerupted normal premolar teeth.

**Fig 5-33b** Chest radiograph of an individual with cleidocranial dysplasia showing absence of the left clavicle and only a small segment of the right clavicle in the sternoclavicular area.

necessary, as are restorative and prosthetic dentistry for areas of carious or missing teeth. Uncovering of unerupted teeth with planned attempts to guide eruption by orthodontic means cannot be expected to be successful because of the lack of cellular cementum.

## Osteogenesis Imperfecta

**Clinical presentation and pathogenesis** ▪▪

The osteogenesis imperfectas are an extremely varied and overlapping group with multiorgan and therefore heterogenous clinical involvements that have the commonality of defective type I collagen. Therefore, it would perhaps be better to collectively term these diseases *connective tissue imperfectas*. In the past, students have been taught to remember these diseases as a single entity through the phrase "brittle bones and blue sclerae." While this is mostly true, some patients will have sufficiently subclinical cases as to lack brittle bones or fractures but have blue sclerae and several other features, and others will lack blue sclerae but will have multiple fractures that are more common at certain ages. This great variability relates to *(1)* different phenotypic expressions of the usually autosomal-dominant inheritance, *(2)* isolated cases of autosomal-recessive inheritance, *(3)* numerous cases of spontaneous mutations related to advanced parental age, *(4)* a wide subset of point mutations in different locations in procollagen synthesis, and *(5)* some cases resulting not from defective collagen synthesis but from faulty assembly of the triple helix conformation of the collagen molecule. The "brittle bones" result from normal mineralization of a defective type I collagen, which does not have the elasticity of normal bone and is therefore prone to fracture following mild trauma. The blue sclerae are not due to an abnormal thinness of the sclera but rather to a decreased collagen fiber thickness and fiber diameter, allowing the retinal and uveal vessels and pigments to show through as blue (Fig 5-34a). If blue sclerae are noted, they will persist into adult life (Fig 5-34b).

Because the osteogenesis imperfectas involve all collagen synthesis in the individual in addition to fractures (Fig 5-34c), they may also variably have aortic dilations, joint hypermobility, bowing of the long bones (Fig 5-34d), easy bruising, and various dentinogenesis imperfecta (DI) manifestations, among other organ involvements. Although various dentin abnormalities are associated with osteogenesis imperfectas, DI may occur as a single entity unassociated with osteogenesis imperfecta, and conversely, osteogenesis imperfecta may or may not have concomitant DI. In fact, this association has led to the classification of two subtypes of type I osteogenesis imperfecta.



**Fig 5-34a** The blue sclerae seen in some types of osteogenesis imperfecta are due to the thinness and the defectiveness of the collagen fibers in the sclerae.



**Fig 5-34b** Blue sclerae in patients with osteogenesis imperfecta persist into adult life.



**Fig 5-34c** Because the main organic component of bone is collagen, the bone is bowed and brittle. Fractures are common.



**Fig 5-34d** Long bones are more severely bowed than others and may be hypoplastic.

In an attempt to develop a general categorization, the many clinical expressions of osteogenesis imperfecta have been divided into four major types as follows:

## Type IA

Individuals with type IA will tend to have multiple bone fractures, although 10% will have no fractures. The number of fractures will range from 2 to more than 70 throughout the individual's lifetime. Such fractures will be more frequent in children and older individuals and less frequent at puberty and for some years afterward. Fracture frequency thus increases with age and is particularly high among post-menopausal women. These individuals may also have varying degrees of kyphosis, scoliosis, bowing of long bones, and increased cranial size (macrocephaly).

Individuals with type IA will not have DI; the teeth are clinically and radiographically normal. However, 95% of those in this group over the age of 30 years will develop some conductive hearing loss due to immobility of the middle ear ossicles at the stapes footplate. This group may also have aortic dilations; however, only 24% of men and 4% of women have this involvement, and it is usually

233

asymptomatic. Joint hypermobility may also be seen, but to a less
Danlos syndrome or Marfan syndrome, two other diseases of defec

## Type IB

Individuals with type IB may have any or all of the involvements of
as well as various degrees of DI. Usually both the primary and sec
dentin, which is the gray or blue-gray appearance of the teeth. Li
collagen component of the dentin allows the pulp vascular network
blue (Fig 5-35a). A widened pulp chamber, resulting from incompl
may also contribute to this effect. The enamel is normal, but the der
collagen, and the dentinoenamel junction is usually flat. Therefore,
expose the dentin, producing a brown discoloration soon after erup
crown preparation. Significant secondary dentin is deposited so th
opalescence, and a radiograph will show obliterated pulp chamber
on the timing, the teeth may appear gray-blue, normal, or brown cl
or obliterated pulp chambers radiographically.

## Types IIA, IIB, and IIC

The three subgroups of type II osteogenesis imperfecta are disting
Type IIA is thought to be the result of new mutations, which are
thought to be inherited from parents who are carriers and is an aut
IIC is very rare but is thought to represent autosomal-recessive inh
In each of the subtypes, type II osteogenesis imperfecta is a s
extreme bone fragility and multiple early fractures, including fract
infant deaths (14 hours to 4 weeks). In fact, much of the data availa
from autopsies. Similar to type IB, type II has enlarged dental pu
dentinal tubules, but no information is available concerning sec
obliteration because of the short life spans. In this general type, rad
plete skeletal development with malformed ribs, wormian bones in
absent ossifications of the distal segments in the extremities.

## Type III

Type III osteogenesis imperfecta is also a more severe form than ty
II. This type progressively worsens so that about 38% survive lon
als, but none dies in early infancy as do those with type II. Instead
25% mortality in the first year, another 25% mortality between the
another 20% mortality up to the age of 50 years. Most deaths res
or inadequate skeletal support of internal organs, leading to scoli
cardiopulmonary failure.
This type will not have blue sclerae. The sclerae will appear n
children may have blue sclerae throughout their first year. The der
adequately reported; however, it seems that 50% will have some fc

## Type IV

Type IV osteogenesis imperfecta will have normal sclerae as in ty
fractures at birth than type III and, also in contrast to type III, does
has fewer fractures after puberty. This type has a high incidence
type IB. The specific degree of DI and its course are consistent with
a slight variation of opalescent teeth on eruption, enamel loss once
pulp due to secondary dentin deposition.







5-35a In osteogenesis imperfecta type IB, varying degrees of DI are present. The teeth may have a blue-gray appearance due to malformed dentin, which allows the pulp vasculature to show through. (Courtesy of David E. Prindiville.)

**Fig 5-35b** Osteogenesis imperfecta type IB with DI will erupt with opalescent dentin but will progress to form significant secondary dentin, which will cause the teeth to lose their original blue-gray opalescence and develop obliterated pulp chambers. (Courtesy of Dr David E. Prindiville.)

**Fig 5-36** Osteogenesis imperfecta bone will be under-mineralized and more cellular than normal bone.

### Differential diagnosis ▪▪

There are several rare syndromes that may produce bone radiolucency and fractures. These include Cole-Carpenter syndrome, Campomelic syndrome, and Bruck syndrome. If wormian bone in the calvarium is the prominent feature, cleidocranial dysplasia, progeria, mandibuloacral dysplasia, and acro-osteolysis may be considered as well. If blue sclerae is the prominent feature, Marfan syndrome and Ehlers-Danlos syndrome may be included. If DI features predominate, it is well to remember that DI can exist independently and that dentin dysplasia types I and II will produce dentin abnormalities similar to DI.

In a practical sense, a young child who presents with multiple fractures should be considered a potential "battered child." This may be particularly difficult to distinguish from some of the osteogenesis imperfectas because of the easy bruising that may be a part of the collagen abnormality and the obvious bruising seen in a battered child. In such cases, the dental examination, the color of the sclerae, and the pattern of bony fractures become the important differential points.

### Diagnostic work-up ▪▪

A detailed complete-body physical examination, oral examination, jaw radiographs, and full skeletal radiographs are the baseline studies recommended. If these studies suggest a diagnosis of osteogenesis imperfecta, genetic testing of parents and patient may be accomplished as well as collagen mapping and DNA probe studies, which usually require biopsy material.

### Histopathology ▪▪

The ossification centers develop normally in cartilaginous bone, but no ossification occurs (Fig 5-36). Cortices are thin, and medullary trabeculae are few, fragile, and subject to microfractures. In the severely affected infant, the skull may be fibrous; in adults, it may be composed of small wormian bones with irregular sutures.

### Treatment ▪▪

There is no cure for this disease. It will progress to its full expression as dictated by the degree of genetic mutation of the particular type, which in turn has dictated the degree and amount of "imperfect" collagen. However, treatment with intravenous bisphosphonates, particularly pamidronate (Aredia, Novartis), 30 to 60 mg at varying intervals, has reduced fractures and supported more normal function.

The oral and maxillofacial surgeon may be required to treat facial bone or ==jaw fractures in these individuals==. In such cases, the rate and degree of bone regeneration is the same as for normal individuals. However, the bony callus and bony union will be of osteogenesis imperfecta–type bone. Therefore, standard fracture treatment approaches may be used with little modification. There is no compelling recommendation to use more rigid internal fixation plates in these individuals because the gain of

rigidity is offset by the stress rizors that are more prominent in "brittle bones" when screw holes are drilled and the potential for new fractures adjacent to plates where the stress differential between plate and bone may be significant.

The dentinogenesis component is usually treated with onlay or full-crown coverage. In the anterior teeth, cosmetic full crowns or veneers may be used. Selective orthodontic therapy to correct the frequent malocclusions is feasible because these teeth will move through this type of bone, but the treatment risks are higher because of the increased mechanics required and the already shortened roots.

**Prognosis**

Prognosis is dependent on the type of osteogenesis imperfecta and the degree of genetic expression. As has been stated, this can vary greatly from intrauterine death to a full life span. In those with one of the milder expressions, cautious lifestyles and prompt medical management with bisphosphonates as well as surgical management of disease-related complications can extend longevity.

# Dentinogenesis Imperfecta

**Clinical presentation and pathogenesis**

DI is an autosomal-dominant trait that affects both the primary and permanent dentitions. Therefore, it is usually recognized early in life (ages 2 to 6 years) when teeth begin to appear brown or opalescent and the enamel seems to quickly wear off the crowns. When DI occurs as a component of osteogenesis imperfecta, it is classified as DI type I. When DI occurs as a separate isolated trait, it is classified as DI type II. Both type I and type II DI exhibit seemingly normal teeth at the time of early eruption. After several months, full eruption of the teeth will often disclose a bell-shaped crown and obvious discoloration in addition to enamel wear. Radiographs will indicate obliteration of the pulp chamber by dentin (Fig 5-37a). Because the primary dentition is more severely affected than the permanent dentition, children will be brought in by parents who seek consultation concerning "discolored teeth" (Fig 5-37b).

The opalescent color of some teeth is due not to the pulp showing through but to the collagen structural defect within the dentin, which may reflect either a bluish light through the enamel or a brown color. Also, the enamel does not actually "fall off" the dentinoenamel junction, as some believe; the dentinoenamel junction in DI seems to be structurally and functionally normal. Some enamel wears excessively because of hypoplastic and hypocalcified areas within the enamel rods. These are presumably due to the fact that amelogenesis is induced and initiated by the initial mantle dentin deposition in normal tooth formation. The abnormality in dentin formation results secondarily in enamel that is also microscopically somewhat defective.

The abnormal collagen is produced by abnormal odontoblasts. The preodontoblasts within the dental papilla seem to undergo normal cellular differentiation and form nearly normal mantle dentin. These odontoblasts die and are replaced by newly differentiated odontoblasts from the dental papillae that never mature into fully functional odontoblasts. These defective odontoblasts secrete an abnormal collagen, which is undermineralized and fails to form odontoblastic tubules. The result is the imperfect dentin that reflects light in the brown or blue spectrum but has formed a near normal dentinoenamel junction because of the less affected preodontoblasts and the mantle dentin they produce (Fig 5-38).

DI type III may represent a rare transitional link between DI and dentin dysplasia. DI type III also is an autosomal-dominant trait, but it is a specific dentin abnormality. It seems to be a specific defect only within the primary dentition, but it may produce secondary dystrophic dentin, which causes pulpal obliteration, or, paradoxically, it may underproduce such dystrophic dentin, creating an enlarged pulp cavity and resulting in shell-shaped teeth.

**Differential diagnosis**

The initial recognition of discolored and malformed teeth with excessive enamel wear may also suggest amelogenesis imperfecta or fluorosis. However, amelogenesis imperfecta can be recognized by its more clinically apparent enamel defects. Specifically, the enamel will be pitted and mottled in appearance, and globular enamel that produces a widening just apical to the incisal edges of mandibular incisor teeth is common. Moreover, both amelogenesis imperfecta and fluorosis are associated with normal pulp chambers, whereas DI produces obliterated pulp chambers. Dentinogenesis imperfecta must also be distinguished from dentin dysplasia, another autosomal-dominant trait that affects dentin in two types. These can be separated from true dentinogenesis imperfecta because one of its forms, dentin dysplasia type I, has normal coloration of both the primary and permanent dentition, although their pulps are almost completely obliterated. Unlike DI, it also manifests extremely short roots and periapical radiolucencies. The other form of dentin dysplasia, dentin dysplasia type II, does cause a