# EXHIBIT 26

# Oral & Intravenous Bisphosphonate–Induced Osteonecrosis of the Jaws

## History, Etiology, Prevention, and Treatment

**Robert E. Marx**, DDS

Professor of Surgery and Chief
Division of Oral and Maxillofacial Surgery
Miller School of Medicine
University of Miami
Miami, Florida



**Quintessence Publishing Co, Inc**

Chicago, Berlin, Tokyo, London, Paris, Milan, Barcelona,
Istanbul, São Paulo, Mumbai, Moscow, Prague, and Warsaw

Case 3:12-cv-08223-NVW    Document 78-26    Filed 07/17/14    Page 3 of 9

Library of Congress Cataloging-in-Publication Data

Marx, Robert E.
  Oral & intravenous bisphosphonate–induced osteonecrosis of the
jaws : history, etiology, prevention, and treatment / Robert E. Marx.
     p. ; cm.
  Includes bibliographical references and index.
  ISBN-13: 978-0-86715-462-7 (softcover)
  1. Jaws--Necrosis.  2. Diphosphonates--Toxicology.  3. Osteope-
trosis--Etiology.    I. Title.  II. Title: Oral and intravenous bisphos-
phonate–induced osteonecrosis of the jaws.
  [DNLM:  1. Jaw Diseases--etiology--Case Reports.  2. Osteone-
crosis--etiology--Case Reports.  3. Diphosphonates--adverse effects
--Case Reports.  4. Drug Therapy--adverse effects--Case Reports.
5. Jaw Diseases--therapy--Case Reports.  6. Osteonecrosis--therapy
--Case Reports.    WU 140.5 M392o 2007]
RC936.M365 2007
617.5'22--dc22

                                      2006029745



© 2007 Quintessence Publishing Co, Inc

Quintessence Publishing Co, Inc
4350 Chandler Drive
Hanover Park, Illinois 60133
www.quintpub.com

All rights reserved. This book or any part thereof may not be reproduced, stored in a retrieval system, or
transmitted in any form or by any means, electronic, mechanical, photocopying, or otherwise, without prior
written permission of the publisher.

Editor: Lisa C. Bywaters
Design: Dawn Hartman
Production: Patrick Penney

Printed in Canada

## Table of C

Dedication     vi
Preface     vii

1  Description and
   Induced Osteon

2  Modes of Action
   Bisphosphonate

3  Medical Indicati

4  Osteopetrosis: A
   to Bisphosphon
   of the Jaws     3

5  Risks, Preventio
   Intravenous Bis
   Osteonecrosis o

6  Risks, Preventio
   Oral Bisphosph
   Osteonecrosis o

7  Clinical Patholo

Glossary     143
Index     147

# Table of Contents

Dedication     vi

Preface     vii

**1  Description and History of Bisphosphonate-Induced Osteonecrosis of the Jaws**     1

**2  Modes of Action and Pharmacokinetics of the Bisphosphonate Family**     9

**3  Medical Indications for Bisphosphonates**     21

**4  Osteopetrosis: A Genetic Analogue to Bisphosphonate-Induced Osteonecrosis of the Jaws**     39

**5  Risks, Prevention, and Management of Intravenous Bisphosphonate–Induced Osteonecrosis of the Jaws**     49

**6  Risks, Prevention, and Management of Oral Bisphosphonate–Induced Osteonecrosis of the Jaws**     77

**7  Clinical Pathologic Case Samples**     97

Glossary     143

Index     147

stored in a retrieval system, or
ying, or otherwise, without prior

# Risks, Prevention, and Management of Intravenous Bisphosphonate–Induced Osteonecrosis



## Clinical Manifestations

As described in chapter 1, *bisphosphonate-induced osteonecrosis of the jaws refers to a condition of exposed bone in the mandible or maxilla that persists for more than 8 weeks in a patient who has been or currently is taking a bisphosphonate and who has no history of radiation therapy to the jaws*. Of necessity, the diagnosis is based on clinical rather than serologic or histopathologic evidence. Radiographically, the condition manifests either a normal appearance or one identical to either bacterial osteomyelitis or osteoradionecrosis (Fig 5-1). Microscopically, it presents an appearance of non-specific necrotic bone with some bacterial colonization, similar to that of osteomyelitis or osteoradionecrosis (Fig 5-2). The clinical description and history alone will distinguish bisphosphonate-induced

osteonecrosis from these other conditions of delayed bone and wound healing.

Intravenous bisphosphonate–induced osteonecrosis of the jaws is a serious side effect of the drugs Aredia (pamidronate) or Zometa (zoledronate), which are taken for control of metastatic deposits from breast cancer or multiple myeloma or, less frequently, from prostate cancer, renal cancer, or even lung cancer. Originally noted as early as 2002,[1] the condition was first described in detail in 2003[2] and has since been recognized by many other authors.[3-8] The onset of osteonecrosis is related to the potency and half-life of the specific bisphosphonate used. The most potent, Zometa, when administered at the recommended dose of 4 mg per month, may produce exposed bone within 6 to 12 months.[8] An equally potent dose of Aredia (ie, 90 mg per month), if administered on a regular basis, may produce exposed bone in 10 to 16 months.[8] As a basis for comparison,

a higher-than-average risk of infection. Prophylactic antibiotic coverage requires penicillin coverage during the procedure and penicillin VK 500 mg four times daily for 5 days after the procedure. For the penicillin-allergic patient, either levofloxacin 500 mg 1 to 2 hours prior to the procedure and once daily for 5 days or azithromycin 500 mg 1 to 2 hours prior to the procedure and once daily for 5 days are good second choices, as are appropriate doses of erythromycin or doxycycline. Clindamycin alone is not recommended because it lacks activity against *Eikenella* and *Moraxella* species and its low activity against *Actinomyces* species, which are the microorganisms known to colonize bisphosphonate-induced osteonecrosis of the jaws.

As a general rule, for patients requiring only noninvasive dental care such as dental cleanings (prophylaxis), fluoride carriers, restorations, or dentures, intravenous bisphosphonate therapy need not be delayed. If the indication for intravenous bisphosphonate is cancer metastasis and it cannot be withheld for 2 to 3 months, then it must take precedence and should be started promptly. Nevertheless, the dental team should provide the same care considerations promptly, understanding that the intravenous bisphosphonate will begin accumulating in the alveolar bone and that the risk of osteonecrosis increases with each dose. The patient should also be informed of this risk. Our current data indicate that intravenous bisphosphonate–induced osteonecrosis of the jaws requires a minimum of 5 to 6 doses before disease occurs. Therefore, initiat-

ing dental care simultaneously with a course of intravenous bisphosphonates, while less than ideal, nonetheless reduces the risk for osteonecrosis, allows for invasive dental procedures aimed at eliminating infection, and prevents the need for future invasive procedures.

## During intravenous bisphosphonate therapy

The dental profession has now been alerted to the risks of jaw osteonecrosis in patients on intravenous or oral bisphosphonates. Dental providers must question patients about their bisphosphonate use in the dental/medical history, distinguishing between the intravenous and oral forms because of their varied risks related to drug duration, comorbidities, and severity of the disease. The medical history should include the drug name, indication, route and frequency of administration, duration, and any concomitant medications. The dental history specific to intravenous bisphosphonate must include the presence of exposed bone, mobility of teeth, onset of constant deep bone pain, fistulae, intermittent swelling, or recent gingival recession, among others.

The medical profession is now also aware of the risks that intravenous bisphosphonates pose related to osteonecrosis of the jaws. Medical oncologists in particular as well as other medical providers should refer all patients receiving intravenous bisphosphonates to an experienced dentist or oral and maxillofacial surgeon for an initial examination and placement on a surveillance schedule.



**Fig 5-17** Loss or absence of represent an early sign of bisph the alveolar bone.

**Fig 5-18** Sclerosis of the lamin of bisphosphonate toxicity to the

The dental team shoul uate the oral cavity for th exposed bone, paying p tion to the posterior lingua mandible and areas of tor radiograph is recommen graphs should be surveye osteolysis and any genera in the density of the a Special attention should b periodontal ligament spac

own no benefit because
gic mechanisms of the
ompletely different. The
osteoradionecrosis aris-
linear energy transfer to
ling elements of bone in
osteal osteoblasts and
st importantly the capil-
severely reduced. The
sult of lost blood supply
nitor cells to regenerate
d new bone. The radiat-
and the hypoxia is most
e center and gradually
oves outward from the
ation field all the way to
sue, which has normal
Figs 5-35 and 5-36).
en *gradient defect*, this
l tissue and in most dia-
perbaric oxygen can
pillaries only in wounds
gen gradient defect; it
ating oxygen receptors
embrane surfaces of
hich in turn secrete
ed angiogenic factors
es to develop the new
surprisingly, hyperbaric
cumented efficacy is in
s and in diabetic ulcer
ntrast, bisphosphonate-
rosis arises from a fail-
nd renew bone as the
chemical toxicity to the
physical injury such as
r, the capillaries die off
e death, not as the pri-
as in radiated tissue.
oxygradient defect is



**Fig 5-35** In radiated tissue, the oxygen gradient is between the center of the radiation field and adjacent areas, which is below the 20–mm Hg level required for macrophage secretion of growth factors.



**Fig 5-36** Hyperbaric oxygen is useful in radiated tissue because it increases the gradient within the radiated field so that it stimulates the elaboration of macrophage-derived growth factors.

created, and hence hyperbaric oxygen's basic therapeutic mechanism of reversing an oxygen gradient defect is of no value.

## Should Intravenous Bisphosphonate Be Discontinued?

Discontinuation of the intravenous bisphosphonate can be undertaken only by the medical oncologist. Any exposed bone is already necrotic and usually will not sequester or granulate over with bisphosphonate discontinuation. The goal of dental providers is (a) to prevent the development of osteonecrosis by eliminating the factors that initiate it, and (b) to control the accompanying pain and infection that often occurs so that the patient may continue to obtain the benefits of controlling

the cancer deposits in bone. Therefore, discontinuation of the intravenous bisphosphonate is not an absolute requirement. This recommendation is based on the success of the pre–bisphosphonate therapy screening and prevention measures and the pain and infection-control measures in 90% of individuals with Stage I through Stage III osteonecrosis, as described earlier in this chapter. Even for refractory Stage III patients who ultimately require a resection, pain control and preservation of function with titanium plate reconstructions have been sufficient so that discontinuation of bisphosphonate therapy is not absolutely required. If intravenous bisphosphonate is no longer required to control the metastatic deposits in bone, the drug can and should be discontinued, of course, like any other drug that no longer provides the patient with a therapeutic effect. At this writing, studies of the potential benefits of using intermittent dosing and "drug holidays" (periods when the bis-

phosphonate is not taken) are being conducted to evaluate the effect of such a strategy on the size and number of cancer deposits. With the exceedingly long half-life of intravenous bisphosphonates, it is quite possible that a therapeutic level in bone sufficient to control the metastasis can be reached without continuous dosing.

## References

1. Marx RE, Stern DS. Oral and Maxillofacial Pathology: A Rationale for Diagnosis and Treatment. Chicago: Quintessence, 2002:36–38.

2. Marx RE. Pamidronate (Aredia) and zoledronate (Zometa) induced avascular necrosis of the jaws. A growing epidemic. J Oral Maxillofac Surg 2003;61:1115–1117.

3. Migliorati CA, Casiglia J, Epstein J, Jacobsen PL, Siegel MA, Woo SB. Managing the care of patients with bisphosphonate-associated osteonecrosis. An American Academy of Oral Medicine position paper. J Am Dent Assoc 2005;136:1658–1668.

4. Markiewicz MR, Margarone JE 3rd, Campbell JA, Aguirre A. Bisphosphonate-associated osteonecrosis of the jaws. J Am Dent Assoc 2005;136:1669–1674.

5. Melo MD, Obeid G. Osteonecrosis of the jaws in patients with a history of receiving bisphosphonate therapy. Strategies for prevention and early recognition. J Am Dent Assoc 2005;136: 1675–1681.

6. Ruggiero SL, Gralow J, Marx RE, et al. Practical guidelines for the prevention, diagnosis, and treatment of osteonecrosis of the jaws in patients with cancer. J Oncol Pract 2005;2: 7–14.

7. Ruggiero SL, Mehrotra B, Rosenberg TJ, Engroff SL. Osteonecrosis of the jaws associated with the use of bisphosphonates. A review of 63 cases. J Oral Maxillofac Surg 2004;62:527–534.

8. Marx RE, Sawatari Y, Fortin M, Broumand V. Bisphosphonate-induced exposed bone (osteonecrosis/osteopetrosis) of the jaws: Risk factors, recognition, prevention, and treatment. J Oral Maxillofac Surg 2005;63:1567–1575.

9. Dixon RB, Tricker ND, Garetto LP. Bone turnover in elderly canine mandible and tibia [abstract 2579]. J Dent Res 1997;76:336.

10. Hoff AO, Toth BB, Hortobagyi GN, Gagel RF, Luna MA. Retrospective chart review to collect information on the frequency of osteonecrosis in patients treated with intravenous bisphosphonate therapy [study]. Houston, TX: University of Texas, M.D. Anderson Cancer Center, 2005.

11. Marx RE. Osteoradionecrosis. A new concept of its pathophysiology. J Oral Maxillofac Surg 1983;41:283.

12. Marx RE, Johnson RP, Kline SN. Prevention of osteoradionecrosis. A randomized prospective clinical trial of hyperbaric oxygen versus penicillin. J Am Dent Assoc 1985;111:49–54.

13. Fleming HA. General principles of the treatment of infective endocarditis. J Antimicrob Chemother 1987;20(suppl A):142–145.

14. Marx RE, Stern DS. Oral and Maxillofacial Pathology: A Rationale for Diagnosis and Treatment. Chicago: Quintessence, 2002:57–61.

15. Marx RE, Carlson ER, Smith BR, Toraya NJ. Isolation of *Actinomyces* species and *Eikenella corrodens* from patients with chronic diffuse sclerosing osteomyelitis of the mandible. J Oral Maxillofac Surg 1994;52:26–33.

16. Knighton DR, Hunt TK, Scheuenstuhl H, Halliday BJ, Werb Z, Banda MJ. Oxygen tension regulates the expression of angiogenesis factor by macrophages. Science 1983;221:1283–1285.

17. Hunt TK, Zederfeldt B, Goldstick TK. Oxygen and healing. Am J Surg 1969;118:521–525.

18. Marx RE. Radiation injury to tissue. In: Kindwall EP, Whelan HT (eds). Hyperbaric Medicine Practice, ed 2. Flagstaff, AZ: Best, 1999:665–723.

19. Matos LA, Nunez AA. Enhancement of healing in selected problem wounds in hyperbaric medicine practice. In: Kindwall EP, Whelan HT (eds). Hyperbaric Medicine Practice, ed 2. Flagstaff, AZ: Best, 1999:813–849.

# Risks, P...
# Manage...
# Bisphos...
# Induced...

Oral bisphosphonates are ... scribed for the treatment ... and, in particular, osteopo... a serious and progressive ... ciated with significant m... some mortality.[1,2] Recent ... oral bisphosphonates can ... necrosis of the jaws shou... minimize the seriousness ... sis and the ongoing treatme... affected patients.[3] Instead, ... each practitioner and of the ... and medical professions s... reduce or eliminate the pote... necrosis of the jaws withou... the management of osteopo... vention of the fractures and ... resulting from this condition.

As of this writing, all docum... of osteonecrosis of the jaws ... caused by two bisphosphon... alendronate (Fosamax, Me... fewer cases) residronate (Ac... and Gamble). Ibandronate (Bo...

## Outcome

This man's dental needs were met with an assurance of low risk. The final result corrected his dental disrepair and disease and possibly prevented or at least reduced the need for invasive dental procedures in the future.

## Case Points

1. Knowledge of the type of bisphosphonate used, the dose, and the duration of exposure is invaluable in assessing the risk for osteonecrosis. Therefore, questions related to these facts should be a routine part of dental and medical history taking.

2. Attorneys and other patients are aware of the concerns that have been raised about bisphosphonates. Physicians and dentists need to become familiar with the mechanism, risks, prevention, and treatment of this problem.

3. In this case the CTX value confirmed the low risk of this patient, as was suggested by the clinical history, and served as documentation of the low risk.

4. Patients should not be intimidated to seek dental care because they take bisphosphonates. The prevention and treatment guidelines presented in this text provide a great measure of risk reduction. This patient benefited from these guidelines. Nevertheless, practitioners should not deny their patients comprehensive oral health and dental care because they feel threatened by treating such patients.

5. Characteristic of attorneys, this man faxed a letter with the following questions about 1 week after his consultation.

Q1: When ca
A1: When we
    than 150

Q2: Do you b
    week?
A2: As you k
    safety pro
    physician
    tests shou
    use of Act

Q3: Would it b
A3: Once agai
    low-up DE
    gained ma
    of CTX me

Q4: If the CTX
    this prove t
A4: So that the
    tests, has va
    particularly
    induced ost
    the Actonel
    CTX value o
    current CTX
    invasive den

Q5: How often s
    osteonecros
A5: Osteonecros
    made throug
    al dental-oral
    of bone turn
    osteonecrosis
    mend a serur