Katherine R. Latimer (admitted *pro hac vice*)
klatimer@hollingsworthllp.com
Bruce J. Berger (admitted *pro hac vice*)
bberger@hollingsworthllp.com
Hilary L. Lewis (admitted *pro hac vice*)
hlewis@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile:  (202) 682-1639

Thomas M. Hoidal, Bar No. 007194
Law Office of Thomas M. Hoidal, P.L.C.
7227 North 16th Street, Suite 222
Phoenix, Arizona 85020-5257
thoidal@hoidallawoffice.com
Telephone:  (602) 254-0202
Facsimile:   (602) 254-0404

Attorneys for Defendant Novartis Pharmaceuticals Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Schenk, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>Novartis Pharmaceuticals Corporation,<br><br>                    Defendant. | **No.:  CV-12-08223-PCT-NVW**<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' EXPERT DESIGNATIONS** |

Pursuant to Local Rule of Civil Procedure 7.2(m), defendant Novartis Pharmaceuticals Corporation ("NPC") moves to strike the portions of plaintiffs' non-retained expert designations that offer causation opinions in violation of this Court's July 3, 2013 Order, ECF No. 74 ("Order"), in which the Court required plaintiffs to narrow their expert designations to have only one expert opine on a given issue. *See* L.R. 7.2(m) (a party may move to strike any part of a filing that is prohibited by court order).  In the alternative, the Court should elect whether to include either Dr. de

-1-

Leeuw, Dr. Brady or Dr. Marx as plaintiffs' sole expert on the issue of causation pursuant to the Court's Order.   This Motion is supported by the accompanying Memorandum.

RESPECTFULLY SUBMITTED this 21th day of July, 2014.

s/ Bruce J. Berger

Katherine R. Latimer (admitted *pro hac vice*)
klatimer@hollingsworthllp.com
Bruce J. Berger (admitted *pro hac vice*)
bberger@hollingsworthhlp.com
Hilary L. Lewis (admitted *pro hac vice*)
hlewis@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Thomas M. Hoidal
LAW OFFICE OF THOMAS M. HOIDAL, P.L.C.
7227 North 16th Street, Suite 222
Phoenix, Arizona 85020-5257
thoidal@hoidallawoffice.com
Telephone:  (602) 254-0202
Facsimile:  (602) 254-0404

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on <u>July 21, 2014</u>, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

John J. Vecchione            jvecchione@valadlaw.com

Martin H. Mathers           mathers@gmazlaw.com


By: s/ Bruce J. Berger