Katharine R. Latimer (admitted *pro hac vice*)
klatimer@hollingsworthllp.com
Bruce J. Berger (admitted *pro hac vice*)
bberger@hollingsworthllp.com
Hilary L. Lewis (admitted *pro hac vice*)
hlewis@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile:  (202) 682-1639

Thomas M. Hoidal, Bar No. 007194
Law Office of Thomas M. Hoidal, P.L.C.
7227 North 16th Street, Suite 222
Phoenix, Arizona 85020-5257
thoidal@hoidallawoffice.com
Telephone:  (602) 254-0202
Facsimile:   (602) 254-0404

Attorneys for Defendant Novartis Pharmaceuticals Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Schenk, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Novartis Pharmaceuticals Corporation,<br><br>                    Defendant. | **No.:  CV-12-08223-PCT-NVW**<br><br>**INDEX OF EXHIBITS TO NOVARTIS PHARMACEUTICALS CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO PRECLUDE PUNITIVE DAMAGES** |

Exhibit 1:    Excerpts from Trial Transcript, *Hill v. Novartis Pharm. Corp.*, 1:06-CV-00939-JSR-SAB (E.D. Cal., June 18, 2013).

Exhibit 2:    Infusion spreadsheet and supporting documents.

Exhibit 3:    1/20/2005 Health Care Record [6360-0100].

Exhibit 4:    Order Denying Plaintiff's Brief in Support of Allowing Punitive Damages, *Georges v. Novartis Pharm. Corp.*, CV 06-05207 SJO (VBKx) (C.D. Cal. Apr. 4, 2013).

-1-

Exhibit 5:    Brief for Defendant/Appellant/Cross-Appellee, *Chiles v. Novartis Pharm. Corp.*, Docket No. 13-12576-EE (11th Cir. July 30, 2013).

RESPECTFULLY SUBMITTED this 11th day of August, 2014.

s/ Bruce J. Berger

Katharine R. Latimer (admitted *pro hac vice*)
klatimer@hollingsworthllp.com
Bruce J. Berger (admitted *pro hac vice*)
bberger@hollingsworthllp.com
Hilary L. Lewis (admitted *pro hac vice*)
hlewis@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Thomas M. Hoidal
Law Office of Thomas M. Hoidal, P.L.C.
7227 North 16th Street, Suite 222
Phoenix, Arizona 85020-5257
thoidal@hoidallawoffice.com
Telephone:  (602) 254-0202
Facsimile:  (602) 254-0404

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>August 11, 2014</u>, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

John J. Vecchione            jvecchione@valadlaw.com

Martin H. Mathers           mathers@gmazlaw.com


By: s/ Bruce J. Berger