**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Schenk, et al., | No. CV-12-08223-PCT-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Novartis Pharmaceuticals Corporation, | |
| Defendant. | |

Before the Court is the parties' joint Stipulation of Voluntary Dismissal Without Prejudice (Doc. 114) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The parties' joint Stipulation will be rejected for failure to comply with Rule 41 and as inconsistent with the rules and procedures underlying multidistrict litigation.

Under Rule 41, a plaintiff's right to dismiss an action without a court order is subject to "any applicable federal statute." Fed. R. Civ. P. 41. The statute governing multidistrict litigation, 28 U.S.C. § 1407, is such a statute. *In re Zicam Cold Remedy Mktg., Sales Practices, & Products Liab. Litig.,* 09-MD-2096 PHX-FJM, 2010 WL 3402490 (D. Ariz. Aug. 26, 2010).

This case was first filed 2007 and was one of many cases that took part in a consolidated pretrial multidistrict litigation proceeding. In September 2012, it was remanded back to its original court of filing pursuant to 28 U.S.C. § 1407(a). Section 1407(a) exists to "promote the just and efficient" resolution of cases such as this. *Id.* To allow the parties to dismiss this action without prejudice and leave this case open to refiling at this stage in the litigation would waste seven years of considerable court

1 resources and allow the unilateral actions of the parties to undermine the efficiency of the MDL process. *In re Zicam Cold Remedy Mktg.,* 09-MD-2096 PHX-FJM, 2010 WL 3402490. Accordingly, the parties' joint Stipulation of Voluntary Dismissal Without Prejudice (Doc. 114) will be rejected.

The parties are reminded that their Supplemental Briefs and Statement of Facts pursuant to Court Order (Doc. 113) filed August 20, 2014, are due by end of the day today, Wednesday, August 27, 2014.

IT IS THEREFORE ORDERED that parties' joint Stipulation of Voluntary Dismissal Without Prejudice (Doc. 114) pursuant to Rule 41(a)(1)(A)(ii) is rejected.

DATED this 27th day of August, 2014.

_____
Neil V. Wake
United States District Judge